UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarinda Color LLC,

Plaintiff,

v.

BW Acquisition Corporation,
Beowulf Ltd., Brian Nelson,

Defendants.

Civil No. 00-722 JMR/FLN

**ORDER**

---

ROBERT A. GUST, Esq. Plaintiff.
MICHAEL B. CHASE, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 21, 2000, on Plaintiff's Motion to Compel Discovery.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery and for Attorney's Fees [#6] is **GRANTED**. Defendants will remit to Plaintiff $ 440.00 in attorney's fees that Plaintiff incurred in bringing the Motion.

DATED: Aug. 31, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED SEP 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK