UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-722 (JMR/FLN)

| | | |
|---|---|---|
| Clarinda Color LLC | ) | |
| | ) | |
| v. | ) | 00-CV-722 (JMR/FLN) |
| | ) | |
| BW Acquisition Corporation, et al. | ) | |

This matter came before the Court on plaintiff's motion for leave to file amended petition to avoid fraudulent transfers and enforce constructive trust and amended petition for temporary injunction as to Great Graphx.Com Inc. and Mark Nelson (No Doc.#)

The motions are hereby referred to the Honorable Franklin L. Noel, United States Magistrate Judge, for report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) and D.Minn.L.R. 72.1(c).

IT IS SO ORDERED.

Dated: February 24, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FEB 24 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK