UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarinda Color LLC,

Plaintiff,

v.

BW Acquisition Corporation,
Beowulf Ltd., Brian Nelson,

Defendants.

Civil No. 00-722 JMR/FLN

**ORDER**

---

ROBERT A. GUST, Esq. Plaintiff.
MICHAEL B. CHASE, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on September 25, 2000, on Plaintiff's Motion for Entry of Sanctions for Defendants' failure to respond to discovery requests and failure to obey this Court's prior discovery order [#13].

On August 21, 2000, the Court granted plaintiff's motion to compel and awarded plaintiff $440 in costs and fees. The Court's order granted defendants until September 5, 2000, to comply with the discovery order. When the defendants failed to comply with the discovery order by September 5, 2000, plaintiff made a motion for sanctions. On the last business day before the hearing on the sanctions motion, discovery responses were delivered to the plaintiff. At the hearing, plaintiff had not yet determined whether the discovery responses were complete. On September 25, 2000, the undersigned Magistrate Judge awarded to Plaintiff costs and fees associated with bringing the Motion. The costs and fees are to be paid by Defendants personally and not their attorney.

FILED OCT 02 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Plaintiff submitted an affidavit on September 26, 2000 which detailed costs and fees incurred since the last order. A total of $990.00 was requested. That sum represents attorney's fees for bringing the Motion of $946.00, filing fees and copy charges of $44.00. Together with the $440.00 previously ordered by this Court, plaintiff has incurred $1430 to compel the defendants to comply with their discovery obligations..

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants will remit to Plaintiff $2,860.00, representing a doubling of attorney's fees and costs incurred in bringing the two Motions. The sanction shall be paid forthwith. The defendants are cautioned that future failure to comply with discovery obligations or failure to comply with orders of the Court will expose the defendants to more severe sanctions which may include a recommendation that their answer be stricken and default judgment entered against them;

2. The deadline with respect to Plaintiff's expert disclosures is hereby **VACATED**;

3. Plaintiff's expert disclosures shall now be made on or before December 1, 2000. This case shall be ready for trial on and after March 1, 2001, at which time it will be placed on the Court's jury trial calendar.

DATED: Oct 2, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge