UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarinda Color LLC,

Plaintiff,

v.

BW Acquisition Corporation,
Beowulf Ltd., and Brian Nelson,

Defendants.

Civil 00-722 JMR/FLN

ORDER

---

The court has before it the parties' joint request to extend the pretrial schedule in the above captioned case. Based upon all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that the motion is DENIED [#20]. The court will schedule a final pretrial and settlement conference in the ordinary course.

DATED: December 21, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED DEC 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK