UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| CLARINDA COLOR LLC,<br><br>Plaintiff,<br><br>v.<br><br>BW ACQUISITION CORPORATION, BEOWULF LTD., and BRIAN NELSON<br><br>Defendants. | ) | Court File No. 00-722 JMR/FLN |

**STIPULATION TO AMENDED FINAL PRETRIAL ORDER**

The parties, by and through their undersigned counsel, hereby agree and stipulate that the Court's Final Pretrial Order of February 28, 2001 may be amended as follows:

1. Paragraph 10 of the Order is amended so that jury instructions, voir dire, and special verdict forms are submitted to the Court no later than April 6, 2001.

DATED: March 30, 2001

DADY & GARNER, P.A.

By Jeffery S. Haff
Jeffery S. Haff (#202265)
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

ATTORNEYS FOR PLAINTIFF

APR - 3 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

DATED: 3-30, 2001

Michael B. Chase
Attorney at Law
1604 Firstar Center
101 East Fifth Street
St. Paul, MN 55101

**ORDER**

The foregoing Stipulation is approved and the February 28, 2001 Final Pretrial Order is amended accordingly.

Dated: April 3, 2001

Honorable Franklin Noel
Chief U.S. Magistrate Judge