# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Clarinda Color L.L.C.

Case No. Civil 00-722 JMR/FLN

v.

**JUDGMENT IN A CIVIL CASE**

BW Acquisition Corporation,
Beowulf Ltd., and Brian Nelson

---

( X ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that the plaintiff, Clarinda Color L.L.C., recover of defendant, BW Acquisition, the sum of $401,872.82 and his costs of action.**

DATE: May 2, 2001

Honorable Judge James M. Rosenbaum
United States District Court

FRANCIS E. DOSAL, CLERK

Deborah D. Bell, Deputy Clerk