UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarinda Color LLC,

Plaintiff,

v.

BW Acquisition Corporation,
Beowulf Ltd., Brian Nelson,

Defendants.

Civil No. 00-722 JMR/FLN

**ORDER**

---

Jeffery S. Haff for Plaintiff.
Michael B. Chase for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 13, 2001, on Plaintiff's Motion for Sanctions for Failure to Comply with Discovery [#43].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Sanctions for Failure to Comply with Discovery [#43] is **GRANTED**, as follows:

1. Defendant BW Acquisition Corporation shall produce the documents requested by Plaintiff on or before August 27, 2001;

2. Unless the parties agree to a different date and time, Defendant BW Acquisition Corporation shall produce a 30(b)(6) witness for deposition at 9 a.m. on August 28, 2001;

3. Defendant BW Acquisition Corporation is sanctioned in the amount of $500.00.

DATED: 8/28, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

AUG 29 2001
FILED
RICHARD D. SLETTEN, CLERK
DEPUTY CLERK