UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarinda Color LLC, Civil No. 00-722 JMR/FLN

Plaintiff,

v. **ORDER**

BW Acquisition Corporation,

Defendant.

---

Jeffery S. Haff for Plaintiff.
Michael B. Chase for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on November 5, 2001, on Plaintiff's Motion for Writ of Attachment for the Assets of BW Acquisition Corporation and its Successors, Including Wulf Management Corporation, and for Temporary Injunction Restraining BW Acquisition Corporation and Any of its Successors, Including Wulf Management Corporation, from the Transfer, Conversion or Sale of its Assets [#50].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Insofar as the Motion seeks to attach any assets of BW Acquisition Corporation the motion is **GRANTED**;

2. Insofar as the motion seeks to enjoin BW Acquisition Corporation from transferring, converting or selling its assets, it is **GRANTED**;

3. Insofar as the Motion seeks to enjoin Wulf Management Corporation, from transferring, converting or selling any of its assets, it is **DENIED, WITHOUT PREJUDICE**, because it appears to the Court that Wulf Management Corporation is not a party to this case and has not been given an opportunity to be heard. While the deposition of Brian Nelson is strong evidence that Wulf Management Corporation is a successor corporation to BW Acquisition Corporation, the Court is unprepared to conclude as a matter of law that Wulf Management Corporation's assets can be attached to satisfy the judgment against BW Acquisition Corporation without hearing from Wulf Management Corporation.

FILED NOV 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

DATED: Nov. 8, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

UNITED STATES DISTRICT COURT ★ ★ DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500