140087

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 00-722 JMR/FLN Case Title: Clarinda Color v. BW Acquisition

### Affidavit of Movant

I, Todd L. Gurstel ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Neal H. Levin , an attorney admitted to practice in the Northern District of Illinois ,but not admitted to the bar of this court, who will be counsel for [x] plaintiff [ ] defendant Clarinda Color in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 185619 Date: 7/8/02

### Affidavit of Proposed Admittee

I, Neal H. Levin , am currently a member in good standing of the U.S. District Court for Northern District of Illinois , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Neal H. Levin Signature: [signature] Date: 6/14/02

Attorney License Number: 6203156
Law Firm Name & Address: Neal H. Levin & Associates. P.C.
954 W. Washington Blvd. Ste. 2 SW
Chicago. IL 60607
Telephone: (312) 421-2100

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk
mmc

Date: JUL 26 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JUL 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________