UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarinda Color LLC, Civil No. 00-722 JMR/FLN

Plaintiff,

v. **ORDER**

BW Acquisition Corporation, et al.,

Defendants.

---

Neal Levin (by telephone) & Jennifer Berquist for Plaintiff.
Michael B. Chase for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on November 18, 2002 on Plaintiff's Motions: (1) to Re-Examine Brian Nelson by way of Oral Deposition in Aid of Execution [#60]; (2) for Temporary Injunction as to Wulf Management Corporation, Brian Nelson and Mark Nelson [#61]; and (3) to Avoid Fraudulent Transfers and Enforce Constructive Trust by Requesting Relief from the Court to Commence a Third-Party Complaint Against Wulf Management Corporation and Mark Nelson [#63].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motions to Re-Examine Brian Nelson by way of Oral Deposition in Aid of Execution is **GRANTED**.

2. Plaintiff's Motion for Temporary Injunction as to Wulf Management Corporation, Brian Nelson and Mark Nelson is **GRANTED**. Wulf management Corporation is enjoined from transferring Plaintiff's Accounts Receivables, valued at $401,872.82, or any cash equivalent thereto, pending the disposition of Plaintiff's Petition to Avoid Fraudulent Transfers.

3. Plaintiff's Motion Requesting Relief from the Court to Commence a Third-Party Complaint Against Wulf Management Corporation and Mark Nelson is **GRANTED**.

FILED NOV 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DATED: Nov. 22, 2002

Franklin L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge