UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarinda Color LLC, Civil No. 00-722 JMR/FLN

Plaintiff,

v.

BW Acquisition Corporation, et al.,

Defendants.

**REPORT AND RECOMMENDATION**

---

Neal Levin & Todd Gurstel for Plaintiff.
Michael Chase for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on March 10, 2003 on Plaintiff's Motions: (1) for Leave to File Amended petition to Avoid Fraudulent Transfers and Enforce Constructive Trust and Petition for Temporary Injunction as to Great Graphx.com Inc. and Mark Nelson [#70]; and (2) to Supplement the Motion for Leave to File Amended petition to Avoid Fraudulent Transfers and Enforce Constructive Trust and Petition for Temporary Injunction as to Great Graphx.com Inc. and Mark Nelson [#73].

Based on all the files, records and proceedings herein, **IT IS HEREBY RECOMMENDED:**

1. Plaintiff's Motion for Leave to File Amended petition to Avoid Fraudulent Transfers and Enforce Constructive Trust be **GRANTED**;

2. Plaintiff's Petition for Temporary Injunction as to Great Graphx.com Inc. and Mark Nelson be **GRANTED**. Great Graphx.com and Mark Nelson are enjoined from transferring Plaintiff's Accounts Receivables, valued at $401,872.82, or any cash equivalent thereto, pending the disposition of Plaintiff's Petition to Avoid Fraudulent Transfers; and

3. Plaintiff's Motion to Supplement the Motion for Leave to File

FILED 3-14-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Amended petition to Avoid Fraudulent Transfers and Enforce Constructive Trust and Petition for Temporary Injunction as to Great Graphx.com Inc. and Mark Nelson [#73] be **GRANTED**.

DATED: March 14, 2003

FRANKLIN L. NOEL
United States Magistrate Judge