UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarinda Color LLC,

Plaintiff,

v.

BW Acquisition Corporation, et al.,

Defendant.

Civil 00-722 JMR/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 14, 2003, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Leave to File Amended Petition to Avoid Fraudulent Transfers and Enforce Constructive Trust is **GRANTED**;

2. Plaintiff's Petition for Temporary Injunction as to Great Graphx.com Inc. and Mark Nelson is **GRANTED**. Great Graphx.com and Mark Nelson are enjoined from transferring Plaintiff's Accounts Receivables, valued at $401,872.82, or any cash equivalent thereto, pending the disposition of Plaintiff's Petition to Avoid Fraudulent Transfers; and

3. Plaintiff's Motion to Supplement the Motion for Leave to File Amended petition to Avoid Fraudulent Transfers and Enforce Constructive Trust and Petition for Temporary Injunction as to Great Graphx.com Inc. and Mark Nelson [#73] is **GRANTED**.

FILED 4-17-03
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

DATED: April 14th, 2003

CHIEF JUDGE JAMES M. ROSENBAUM
United States District Court