UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarinda Color LLC, Civil No. 00-722 JMR/FLN

Plaintiff,

v.

BW Acquisition Corporation, et al.,

Defendants.

**ORDER**

---

Neal Levin & Todd Gurstel for Plaintiff.
Michael Chase for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on April 28, 2003, on Plaintiff's Motion to Compel Discovery, and for Sanctions, and to Immediately Produce Financial Information as to Graphx.com, Inc. [#76].

Plaintiff contends that pursuant to this court's November 22, 2002, Order, subpoenas were served on both Mark and Brian Nelson demanding various documents to be produced at the time of their December 30, 2002, deposition. No documents were produced at the time of the deposition. Plaintiff sent a follow-up letter dated January 29, 2003, memorializing prior discussions between the attorneys in this case and re-demanding the absent documents. Defendants answered that demand with correspondence on February 27, 2003, indicating that Defendants had responded to the request for documents and that they would be available for inspection after March 6, 2003. As of the date of this hearing, Defendants have failed to produce the requested documents that are the object of this motion.

Before this court are Plaintiff's request for documents, Defendants' responsive objections to Plaintiff's request for documents, correspondence between both parties, and numerous affidavits.

FILED 4.29.03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery, and for Sanctions, and to Immediately Produce Financial Information as to Graphx.com, Inc. [#76] is **GRANTED in Part and DENIED in Part** as follows:

1. Insofar as the motion relates to Plaintiff's January 2003 discovery requests it is **GRANTED**;

2. Responsive documents must be produced forthwith, but **no later than May 2, 2003**;

3. Defendants' objections to discovery requests are **OVER-RULED**;

4. Insofar as the motion seeks to compel Defendants to provide information regarding its financial condition and bank balances of the company from and after March 14, 2003, it is **DENIED**;

5. Insofar as the motion requests sanctions it is **DENIED**; and

6. Insofar as the oral motion by Plaintiff seeks to compel discovery requests made by Plaintiff in March 2003, that matter is not properly before this Court, and no ruling will be rendered.

DATED: April 29, 2003

FRANKLIN L. NOEL
United States Magistrate Judge