UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-722(JMR/FLN)

Clarinda Color LLC )
)
v. ) ORDER
)
BW Acquisition Corp. et al. )

This matter came before the Court on October 31, 2003, on plaintiff's motion for summary judgment.

The Court, sua sponte, observed that the underlying case is closed, and requested that the parties address the issue of continuing subject matter jurisdiction in light of Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) and Peacock v. Thomas, 516 U.S. 349 (1996).

Based on the files, records, and proceedings herein, and the arguments of counsel, IT IS ORDERED that:

1. Both parties shall brief this issue to the Magistrate Judge, who will then issue a report and recommendation.

2. The parties' briefs shall be submitted simultaneously, not later than ten days from today, and shall not exceed five (5) pages in length, facts included.

3. Plaintiff's motion for summary judgment is continued pending resolution of the jurisdictional issue.

Dated: October 31st, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS