UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| **CLARINDA COLOR LLC,**<br><br>**Plaintiff,**<br>**v.**<br><br>**BW ACQUISITION CORPORATION, BEOWULF LTD. and BRIAN NELSON,**<br><br>**Defendants.**<br>**v.**<br><br>**WULF MANAGEMENT CORPORATION, MARK NELSON and GREAT GRAPHX.COM, INC.,**<br><br>**Third-Party Respondents.** | ) | **Civil No. 00-722 JMR/FLN**<br><br>**Honorable James Rosenbaum**<br>**Chief U.S. District Court Judge**<br><br>**Honorable Franklin Noel**<br>**Magistrate Judge**<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN)

Todd L. Gurstel, being duly sworn, attests that on the 9th day of March, 2004, she served Plaintiff's Response to Defendants' Offer of Proof in Relation to the Rule to Show Cause Issued by the Court on June 14, 2004, Exhibits A, B, and C, on:

Michael B. Chase, Esq.
2101 Firstar Center
101 East Fifth Street
St. Paul, Minnesota 55101

and

Richard T. Thomson, Esq.
Lapp, Libra, Thomson, Stoebner & Pusch
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, Minnesota 55402

by forwarding to each a copy thereof by facsimile and by placing another copy in an envelope, postage prepaid, and by depositing same in the United States Mail in Minneapolis, Minnesota.

[signature]

Subscribed and sworn to before me
this 24th day of March, 2004.

[signature]
Notary Public

KEITH D. SJOSTROM
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

SCANNED
JUN 2 5 2004
U.S. DISTRICT COURT MPLS