# THE GURSTEL LAW FIRM, P.A.

*A PROFESSIONAL CORPORATION*
*Suite 590*
*401 North Third Street*
*Minneapolis, Minnesota 55401*
*Attorneys at Law*

*Todd L. Gurstel*
*Heidi L. Staloch*
*Jennifer Berquist*
*Svetlana Denekamp*
*Simone Suri*
*Keith Sjostrom*

*e-mail: gurstel@gurstel.com*
*www.gurstel.com*

*Telephone:(612) 664-8200*
*Facsimile: (612) 664-8222*

June 28, 2004

UNITED STATES FEDERAL DISTRICT COURT
CLERK OF THE COURT
U.S. COURTHOUSE ROOM 202
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

RE: Clarinda Color LLC v. BW Acquisition Corporation, et al vs.
Court File: Civil No. 00-722 JMR/FLN

Dear Sir/Madam:

By this letter, we respectfully request that the Court issue a Writ of Execution for U.S. Marshal for the District of Minnesota in the above-captioned matter.

Please feel free to contact Svetlana at 612-843-1089 with any questions or comments that you may have.

Thank you for your time and attention in this matter.

Very truly yours,

THE GURSTEL LAW FIRM, P.A.

Todd Gurstel

TLG:snd

Enclosure

SCANNED
JUN 29 2004
U.S. DISTRICT COURT MPLS