OAO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Clarinda Color LLC

V.

BW Acquisition Corp., et al.

## JUDGMENT IN A CIVIL CASE

Case Number: 00-CV-722 JMR/FLN

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1) The Order of June 14, 2004 is amended to reflect Highland Bank's and ACRO Bank's ("ACRO") having filed financing statements to perfect their interests.
2) Having received assets of BW Acquisition as a result of fraud, Wulf and Great Graphx are divested of all right, title and interest in and to the pre-press equipment transferred by BW Acquisition on August 1, 2000, up to the value of plaintiff's judgment against BW Acquisition.
3) Legal title to this property shall forwith be vested in BW Acquisition, which shall convey legal title therein to plaintiff as part of BW Acquisition's duty to satisfy plaintiff's judgment.
4) As ACRO is not a party to this matter and no motion is before the Court, the Court expressly declines to address questions concerning the validity or priority of ACRO's interest in the pre-press equipment.

July 13, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Jackie Mehl
(By) Jackie Mehl, Deputy Clerk