UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Clarinda Color, LLC,

Plaintiff,

Civil Action No. 00-CV-722 JMR/FLN

v.

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendants.

**SUBSTITUTION OF COUNSEL**

v.

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents.

Valdis A. Silins and Paige Fitzgerald of Stephenson & Sanford, P.L.C., 1905 East Wayzata Blvd., Suite 220, Wayzata, MN 55391, are hereby substituted as attorneys of record for Respondents, Great Graphx.com, Inc. and Mark Nelson, in the above-entitled action in the place and stead of Michael Chase. Stephenson & Sanford, P.L.C., hereby accepts the foregoing Substitution of Attorney.

Dated: 7-28 2004

STEPHENSON & SANFORD, P.L.C.

By: Valdis A. Silins

Valdis A. Silins
Attorney I.D. No. 12221X
Paige Fitzgerald (0303082)
1905 East Wayzata Blvd., Suite 220
Wayzata, MN 55391
(952) 404-2100
ATTORNEYS FOR RESPONDENTS

Dated: July 29, 2004

By: ______________________

Michael Chase (I.D. No. 134129
101 East Fifth Street
Suite 2102
St. Paul, Minnesota 55101
651-225-8656