UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Clarinda Color, LLC,

Plaintiff,

v.

Civil Action No. 00-CV-722 JMR/FLN

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendants.

v.

**CERTIFICATE OF SERVICE**

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents.

I certify that on August 12, 2004, I caused the following documents:

Substitution of Counsel

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Michael Bruce Chase | mikebchase@aol.com |
| J Michael Dady | jmdady@dadygarner.com, sekennedy@dadygarner.com; aneumiller@dadygarner.com |
| Neal H. Levin | nhlevin@freebornpeters.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Jennifer M. Berquist
Todd L. Gurstel
401 M. 3rd Street., Ste 590
Minneapolis, MN 55401

Jennifer Tecson
Office of the Monitor
46 4th ST E., Suite 1201
St. Paul, MN 55101

Dated: August 12, 2004

s/ Valdis A. Silins