UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Clarinda Color, LLC,

Plaintiff,

Civil Action No. 00-CV-722 JMR/FLN

v.

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendants.

**MOTION FOR RELIEF FROM JUDGMENT AND FOR STAY**

v.

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents.

---

PLEASE TAKE NOTICE that the attached Motions will be brought before the Honorable, James M. Rosenbaum, United States District Court Judge, in the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

**MOTION FOR RELIEF FROM JUDGMENT AND FOR STAY**

Pursuant to Rule 60(a), Rule 60(b)(1)(5) and (6), Rule 62(b) of the Federal Rules of Civil Procedure, and Local Rule 7.1(a), Third Party Respondents, Great Graphx.com, Inc. and Mark Nelson ("Respondents") hereby move the Court for an Order for Relief from the Orders of this Court entered on June 14, 2004 and July 9, 2004, by way of clarification of said Orders in order

to prohibit the Plaintiff from engaging in execution, levy, garnishment and other collection remedies against the Respondents which are beyond the scope of what is authorized and permitted by the Court's Orders. The Respondents also move the Court pursuant to Rule 62(b) for an Order staying the Plaintiff's execution, levy, garnishment and other collection remedies against the Respondents until such time as there has been a final determination of the scope of Plaintiff's remedies against the Respondents and the commercial reasonableness of Plaintiff's disposal of repossessed assets and an accounting therefor.

The grounds supporting these motions are more fully set forth in the accompanying Affidavit of Mark Nelson and the Memorandum of Law submitted in support of Respondent's Motion.

Dated: August 12, 2004

s/ Valdis A. Silins

Valdis A. Silins (Atty. Reg. No. 12221X)
Paige Fitzgerald (Atty. Reg. No. 0303082)
Stephenson & Sanford P.L.C.
1905 E. Wayzata Blvd. Suite 220
Wayzata, MN 55391
952-404-2100

ATTORNEYS FOR RESPONDENTS