UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Clarinda Color, LLC,

Plaintiff,

Civil Action No. 00-CV-722 JMR/FLN

v.

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendants.

**AFFIDAVIT OF MARK NELSON**

v.

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents.

---

COUNTY OF HENNEPIN )
)ss.
STATE OF MINNESOTA )

Mark Nelson, being first duly sworn upon oath, states and deposes as follows:

1. Affiant is an officer of GreatGraphx.com, Inc. ("GGX"), a Third-Party Respondent in the above-referenced action.

2. Since the issuance of the Court's Show Cause Order on July 9, 2004, Affiant and GGX have made every effort to comply with the Court's Orders and Affiant believes that he has fully and in good faith complied with the Court's Orders, the Writ obtained by the Plaintiff and the on-site instructions of U.S. Marshal Steven K. Swensen.

3. First, Affiant and GGX have previously produced original copies of its books and records for the Plaintiff, many of which have yet to be returned, and on or about July 16, 2004, Affiant provided Plaintiff's counsel a copy of GGX's books and records on a disk.

4. The Court's Summary Judgment Order and the Show Cause Order directed Affiant and GGX to turn over to the Plaintiff all of the business assets described on the Hoff Appraisal dated April 19, 2000 (the "Appraisal") and attached to the Court's Summary Judgment Order (the "Appraisal"), and Affiant and GGX advised Plaintiff's counsel of its willingness to comply with such a turnover. A copy of the Appraisal, which lists 113 items is attached hereto as Exhibit A

5. On or about July 15, 2004, Plaintiff had the U.S. Marshal serve the Writ attached hereto as Exhibit B, and at that time the U.S. Marshall, Plaintiff's counsel and a number of Plaintiff's agents entered GGX's business premises at 9555 James Avenue South, Suite 218, Bloomington, Minnesota and inventoried and removed all of the items on the Appraisal that either Affiant or GGX had in their possession (4-5 tractor trailers were loaded and removed).

6. Plaintiff was advised that many of the items listed on the Appraisal were located at a warehouse facility located at 321 West 83rd Street, Bloomington, Minnesota (the "Warehouse"). Affiant and GGX provided access to the U.S. Marshal, Plaintiff's counsel and Plaintiff's agents to the Warehouse used by GGX on July 19, 2004. Plaintiff's counsel and Plaintiff's agents spent three days inventorying all of the various assets located therein, and a listing of all of the property located at the warehouse prepared by Plaintiff's agents (which includes 209 items of property) is attached hereto as Exhibit C.

7. Affiant has reviewed the Appraisal and the reports of Plaintiff's agents and has requested his counsel to prepare three (3) spread sheets to explain the Plaintiff's inability to find all of the items on the Appraisal at GGX's business premises (See Exhibits D-1, D-2 and D-3).

8. Affiant avers that there are thirteen (13) items listed on the Appraisal which neither Affiant nor GGX ever received and never have had in their possession, and about most of which, neither Affiant nor GGX have any information. (See Spread Sheet attached hereto as Exhibit D-1). Affiant alleges that items #1 and #4 on the Appraisal were removed by an individual named Dale Hanson who, upon information and belief, had leased such items to Plaintiff.

9. Further, Affiant alleges that a number of items broke or wore out in normal use while in GGX's possession and that such items were discarded. (See Exhibit D-2 attached hereto).

10. Finally, after review of the Appraisal and the Warehouse inventory Affiant alleges that there are at least 32 categories of items from the Appraisal located at the Warehouse. (See spread sheet attached hereto as Exhibit D-3).

11. In an effort to offset any losses suffered by the Plaintiff due to Affiant's and GGX's inability to produce all of the items listed on the Appraisal, Affiant and GGX have offered to surrender to Plaintiff the balance of the approximately 170 items located in the Warehouse.

12. Neither Affiant nor GGX have sold or in any manner transferred any of the assets described on the Appraisal, and therefore none of the funds in GGX's checking accounts represent proceeds from the sale of assets listed on the Appraisal.

13. GGX owns and operates business equipment that is not on the Appraisal, were not acquired with funds that were proceeds from the sale or transfer of any items on the Appraisal, and to which Plaintiff has no claim under the Court's Orders. By reason of its ownership of such business assets GGX is able to continue to conduct business.

14. During the repossession of the business assets, Plaintiff also garnished GGX's checking account at the Stearns Bank, (see copy of garnishment attached as Exhibit E. Affiant avers that none of the funds in said checking account are the proceeds of the fraudulently transferred

assets.

15. Affiant respectfully submits that Affiant and GGX have completely complied with the Court's Orders and that all of the assets of Wulf which Affiant and GGX had in its possession have been surrendered to Plaintiff.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: August 10, 2004

Mark Nelson

Subscribed and sworn to before me
this 10th day of August, 2004.

Notary Public

MARY RUTH PETERSEN
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

HOFF APPRAISAL ASSOCIATES

2543 Marshall Street N.E. • Minneapolis, MN 55418
(612) 782-0688 • Fax: (612) 782-0687

April 19, 2000

Mr. Brian Nelson
Wulf Management Corporation
417 1st Avenue North Suite 200
Minneapolis Minnesota 55401

Dear Mr. Nelson,

Pursuant to your request, I have prepared the following appraisal of the Machinery and Equipment located at Beowulf Ltd. St. Paul, Minnesota. I, as an AMEA CEA Appraiser of Hoff Appraisal Associates have prepared this report to presently accepted USPAP Standards.

The Cost, Income and Market Approaches were considered for this appraisal and have either been utilized where necessary or deemed to be inappropriate for the value conclusions found in this report.

It is my opinion that as of April 17, 2000 the Machinery and Equipment has a Fair Market Value of $491,325 00.

The "FAIR MARKET VALUE", being as follows:

> "FAIR MARKET VALUE", as used in this report, is defined as an opinion, estimated in terms of money which the subject machinery and equipment would bring if exposed for sale in the open market by a seller who is willing, but not obligated, to sell. Fair Market Value is frequently referred to as the price at which a willing seller would sell, and a willing buyer would buy, neither being under duress or compulsion to do so. Fair Market Value appraisals of machinery and equipment do not include cost of transportation, foundations, piping, or power wiring, applicable to each machine, and are not considered in the total values expressed in the appraisal. State and local taxes are not considered.

EXHIBIT
tabbies
A

Mr. Brian Nelson
Wulf Management Corporation
417 1st Avenue North Suite 200
Minneapolis Minnesota 55401

It is my opinion that as of April 17, 2000 the Machinery and Equipment has a "ORDERLY LIQUIDATION VALUE" of $313,190.00.

The "ORDERLY LIQUIDATION VALUE", being as follows:

> "ORDERLY LIQUIDATION VALUE", as used in this report being defined as an opinion, estimated in terms of money which the subject machinery and equipment would bring if exposed for sale at a Public Liquidation Sale over the term of not to exceed one year. Sale commissions and expenses would be deducted from the gross sale proceeds in determined net cash proceeds to the seller.

As an Agent of Hoff Appraisal Associates I certify that Hoff Appraisal Associates has no interests in the subject appraised machinery and equipment, and that the fee for our services was not contingent upon the appraisal values. No investigation has been made for possible encumbrances against the machinery and equipment.

Mr. Hoff has been actively engaged in Industrial Appraisals for over 30 years. Mr. Hoff is currently a member in good standing of the Association of Machinery and Equipment Appraisers, an associate member of the International Society of Appraisers, and is also a past Officer of the MDNA.

Yours Truly,

Dennis Hoff, CEA
President
HOFF APPRAISAL ASSOCIATES

DH:ml

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | CAMERA | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 1 | 1-Used Bronica Model SQA-M Camera, Serial No. 1300242, Early 90's Vintage, W/4 Lenses, Including, (1) Wide Angle, Tripod, Related Attachments | $5,000 00 | $7,500.00 |
| 2 | 1-Used Digital Camera Back, Megavision Model T-2, Also Includes (2) Schneider MDL. 90 And MDL. 20 Auto-Aperature Lenses | 12,500.00 | 20,000 00 |
| 3 | 1-Used Lot Photography Studio Equipment, Includes (2) Norman Model 2000 Power Packs, (4) Lamp Heads, (4) Light Stands, (3) Racks, Asstd. Props, Background, ETC., Includes All Litho Equipment And Accessories Not Otherwise Listed | 5,000.00 | 7,500.00 |
| 4 | 1-Used Camera, D.S./Dainappon Screen, MDL. C-2600D, Not Physically Inspected, Appraised From List Provided | 1,000.00 | 2,000.00 |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | COMPUTERS/MONITORS | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 5 | 1-Used Computer Desktop Publishing System, A-Open, Full Tower Unit, With CD Rom, Viewsonic 17" Graphics Color Display Monitor | $500.00 | $750.00 |
| 6 | 1-Used Computer Desktop Publishing System, Apple, Macintosh Quadra 650 With Super Mac 20" Graphics Color Display Monitor | 500.00 | 750.00 |
| 7 | 1-Used Computer Desktop Publishing System, Apple, Power Macintosh 8500/120, With 17" Graphics Color Displays Monitor | 1,000.00 | 2,000.00 |
| 8 | 1-Used Computer Desktop Publishing System, Apple, Macintosh 8500/120 Tower Unit, With 17" Color Display Monitor | 1,000 00 | 2,000.00 |
| 9 | 1-Used Computer Desktop Publishing System, Apple, G4, New System, With Viewsonic 21" Graphics Color Display Monitor | 2,500.00 | 3,500.00 |
| 10 | 1-Used Computer Desktop Publishing System, Apple, Power Macintosh G3 Full Tower Unit, With Viewsonic 21" Gaphics Color Display Monitor | 1,500.00 | 2,500.00 |
| 11 | 1-Used Computer Desktop Publishing System, Power Computing, Power Center Pro 240 With Viewsonic, 21" Graphics Color Display Monitor | 1,500.00 | 2,500.00 |
| 12 | 1-Used Computer Desktop Publishing System, Apple, Power Macintosh 8100/110 With Super Match 21" Graphics Color Display Monitor | 1,000.00 | 2,000.00 |
| 13 | 1-Used Computer Desktop Publishing System, Apple, Power Macintosh G3 Full Tower Unit, With Viewsonic 21" Graphics Color Display Monitor | 2,000.00 | 3,000.00 |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | COMPUTERS/MONITORS (Page #2) | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 14 | 1-Used Computer Desktop Publishing System, Power Computing Power Center Pro 240 Tower Unit, With 21" Graphics Color Displays Monitor | $1,500.00 | $2,500.00 |
| 15 | 1-Used Computer Desktop Publishing System, Apple Power Macintosh G3 Full Tower Unit, With Viewsonic 21" Graphics Color Display Monitor | 1,500 00 | 2,500.00 |
| 16 | 1-Used Computer Desktop Publishing System, Apple Power Macintosh G3 Full Tower Unit, With 21" Graphics Color Display Monitor | 1,500 00 | 2,500.00 |
| 17 | 1-Used Computer Desktop Publishing System, Apple, Power Macintosh 7100/ 66, 20" Graphics Color Displays Monitor | 500.00 | 750.00 |
| 18 | 1-Used Computer Desktop Publishing System, Apple, Power Macintosh 7100/ 80 Desktop With Magnavox 14" Color Monitor | 350.00 | 500.00 |
| 19 | 1-Used Computer Desktop Publishing System, Apple, Macintosh Quadra 950 Tower Unit, With 14" Color Display Monitor | 350.00 | 500.00 |
| 20 | 1-Used Computer Network Server, Apple, Power Macintosh 8100/80, With 17" Color Display Monitor | 500.00 | 750.00 |
| 21 | 1-Used Computer Network Server, M-Systems Pentium Tower Unit, With Zeos 14" Color Display Monitor | 500.00 | 750.00 |
| 22 | 2-Used Computer Systems, Apple, G3 Desktop, With 17" Color Displays Monitor | 2,500.00 | 3,500.00 |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | COMPUTERS/MONITORS | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 23 | 2-Used Computer Systems, Apple, Quadra 650 With 14"-15" Color Display Monitor | $150.00 | $200.00 |
| 24 | 1-Used Computer System, Apple, Quadra 610, With 14" Color Display Monitor | 75.00 | 100.00 |
| 25 | 1-Used Computer System, Apple Quadra 650, With 21" Color Display Monitor | 350.00 | 500.00 |
| 26 | 1-Used Computer System, Apple, Quadra 950 Tower Unit, With 17" Color Display Monitor | 250.00 | 350.00 |
| 27 | 1-Used Computer System, Apple, Quadra 700, 14" Color Display Monitor, Older Technology | 40.00 | 50.00 |
| 28 | 1-Used Computer System, Apple, Quadra 950, With Gateway 14" Color Display Monitor | 75.00 | 100.00 |
| 29 | 1-Used Computer System, Apple, Power Mac G3, With 21" Color Display Monitor | 1,500.00 | 2,000.00 |
| 30 | 1-Used Computer System, Power Mac G4, w/21" Color Display Monitor | 2,500.00 | 3,500.00 |
| 31 | 1-Used Computer System, Apple Power Mac 8100/80, With 21" Color Display Monitor | 350.00 | 500.00 |
| 32 | 1-Used Computer System, Apple, Power Mac 7100/66, With 17" Color Display Monitor | 250.00 | 350.00 |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | COMPUTERS/MONITORS | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 33 | 2-Used Computer Systems, Power Computing, Model 210, Each With Sony And Apple 21" Graphics Color Display Monitors | $1,500.00 | $2,000.00 |
| 34 | 2-Used Computer Systems, Tiger, GT200 Pentium Tower Unit, With Sampo 17" Color Display Monitors | 700.00 | 1,000.00 |
| 35 | 1-Used Computer System, ~~Pentium Tower~~ Unit, With Viewsonic 21" Color Display Monitor | 600.00 | 750.00 |
| 36 | 1-Used Computer System, M-Systems, Pentium Tower, Color Display Monitor | 350.00 | 500.00 |
| 37 | 1-Used Computer System, Desktop PC, With Sony C15 Color Display Monitor | 200.00 | 250.00 |
| 38 | 1-Used Computer System, 486/120 Full Tower Unit, With Panasonic Monitor | 50.00 | 75.00 |
| 39 | 1-Used Computer System, Trademark, Pentium Tower Unit | 300.00 | 500.00 |
| 40 | 1-Used Computer System, Gateway Model HDX2-50 | 75.00 | 100.00 |
| 41 | 7-Used Computer Monitors, Super Mac 21", (5) Not Physically Inspected, (AVG) | 2,100.00 | 2,800.00 |
| 42 | 1-Used Computer System, Apple, Macintosh 8500/120 | 350.00 | 500.00 |
| 43 | 1-Used Computer System, Dyna 386 Upgraded to 486 Full Tower Unit, Monitor | 50.00 | 75.00 |
| 44 | 1-Used Computer System, A-Open, Pentium Tower Unit, With Acer 17" Color Display Monitor | 350.00 | 500.00 |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM# | COMMUNICATIONS | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 45 | 1-Used Lot Computer Network Server System, Compaq, Proliant 6000 Mini/Main Frame Unit Model V50 Monitor,(3) Asstd. Raid Disk Array Units, Overload DLT Loader Xpress Tape Backup Unit, (3) 3-Com Ethernet Hub Units, Cisco 2500 Router, Asstd Modems, Rack, All Related Peripheral and Accessories, Also Includes 108 GIG Raid Slave and 90 GIG Raid Slave Drives | $25,000.00 | $50,000.00 |
| 46 | 1-Used Computer Network Server, Data General, Aviion, With Raid Disk Array Unit, Related Equipment | 4,000.00 | 7,500.00 |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | COMPUTER SUPPORT | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 47 | 1-Used Lot Computer External Drives, Consists of Iomega Zip Drives, Iomega Jaz Drives, Seagate 2-Gigabyte Hard Drives Syquest 200 Megabyte Drives Asstd. Optical Drives, ETC., Located Throughout, Approx. (75) Total, Estimate Only | $4,500.00 | $9,000.00 |
| 48 | 1-Used lot Fonts, Apple Macintosh, Adobe, Bitstream, Emire, Font Company Library, Langston Company Library, Linotype, Miscellaneous Postscript, Not Physically Inspected, Appraised From List Provided | 3,750.00 | 7,500.00 |
| | 1-Used Lot External Drives, Consist Of Micronet 1-Gigabyte Optical External Cartridge Tape Drive, 2-Gigabyte Removal Hard Drive, Iomega Zip Drives Mirror Exterior CD Rom, *W/Computer External | | |
| | 1-Used Lot Software, Asstd., *Not Considered | | |
| | 1-Used Lot Surge/UPS Units, Asstd., *Valued Elsewhere | | |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | LITHO | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 49 | 1-Used Lot Analog Proofing System Consist of Imation Model 447AFR Match Print Proofer With S/N 104181, 3M Model 2430Au Laminator with S/N 3933-470, Douthitt Model Bosx Vacuum Frame With S/N 49037, 37"x48" With 50 Amp Lighting System, Expo 19 Digital Light Integrator Control, All Related Peripheral Equipment and Accessories | $4,000.00 | $6,500 00 |
| 50 | 1-Used Analog Proofing System, Consist Of 3M Model 447DF Match Print Proofer, S/N 105464, 3M Model 2430CU Laminator With S/N 5971-2172, Douthitt Model Bosx Vaccuum Frame With S/N 53253, 33"x43", With 50 Amp Light Source, Expo 19" Digital Light Integrator Control, All Related Equipment and Accessoriess | 4,000.00 | 6,500.00 |
| 51 | 1-Used Film Processor, Kodak Kodamatic 960, Approx, 40", Silver Recovery System | 1,250.00 | 2,000.00 |
| 52 | 1-Used Processor Mixing Unit, Kodak, Automixer II Plus, Stand Alone Unit | 1,000.00 | 1,500.00 |
| 53 | 1-Used Vacuum Frame, Douthitt, Model Bench-X, S/N 48693-A, 33"x43", With AGFA Light Source, Olixai-970 Integrator Control Unit | 1,000.00 | 1,500.00 |
| 54 | 1-Used Light Table, Brown, Approx. 72"x52" | 750.00 | 1,000.00 |
| 55 | 3-Used Light Tables, Roconex. Model PST-63S, Approx. 63"x43", S/N'S 1157-TD 1158-TD, And 1259-UA | 1,800.00 | 2,400.00 |
| 56 | 1-Used Developing Sink, Nurac, Model FDS18, S/N 97H83-13 | 250.00 | 500.00 |
| 57 | 1-Used Laminator, Dupont, Chromalin, Approx, 30" | 200.00 | 300.00 |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | LITHO | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 58 | 1-Used Vacuum Frame, Approx. 84"x62", No MFG, Plate Available, With Approx. 50 Amp Light Source, Expo 19" Light Integrator Control, Related Equipment | $3,000.00 | $4,000.00 |
| 59 | 1-Used Plate Punch, Carlson, Approx. 50"x48" | 400.00 | 600.00 |
| 60 | 1-Used Plate Punch, Carlson, Plexiglas, Approx. 30"x28" | 125.00 | 175.00 |
| 61 | 1-Used Paper Trimmer, Rotatrim, Approx 48" | 150.00 | 200.00 |
| 62 | 1-Used Light Table, Approx. 62"x42" | 600 00 | 800.00 |
| 63 | 1-Used Light Table, Approx. 50"x36" | 500.00 | 650.00 |
| 64 | 3-Used Light Tables, Approx. 40"x30" | 1,050.00 | 1,350.00 |
| 65 | 3-Used Light Tables, Approx. 32"x24" | 750.00 | 975 00 |
| 66 | 1-Used Revolving Darkroom Door, Approx. 36" | 250 00 | 400.00 |
| 67 | 1-Used Film Dryer, AGFA, Copy Proof WD66, Not Physically Inspected, Appraised From List Provided | 350.00 | 450.00 |
| 68 | 1-Used Film Processor, D.S./Dainappon Screen, MDL. LD-260-Q, Not Physically Inspected Appraised From List Provided | 2,500.00 | 3,500.00 |
| 69 | 1-Used Film Processor, Pako, MDL. 2024, Not Physically Inspected, Appraised From List Provided | 1,500.00 | 2,500.00 |
| 70 | 1-Used Lot Water Panels, Asstd., Not Physically Inspected, Appraised From List Provided | 500.00 | 700.00 |
| 71 | 1-Vacuum Frame, Teaneck, Includes Lamps And Power Supplies, Not Physically Inspected, Appraised From List Provided | 1,500.00 | 2,500.00 |
| 72 | 1-Used Plate Punch, Ternes, 48"x36", W/Film Punch, Not Physically Inspected, Appraised From List Provided | 250.00 | 300.00 |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | OFFICE FURNITURE & EQUIPMENT | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 73 | 1-Used Copier, MTA, Model DC-1656 | $400 00 | $700 00 |
| 74 | 1-Used Fax Machine, Pitney Bowes, Model 8000, Older Technilogy | 25.00 | 30.00 |
| 75 | 1-Used Fax Machine, Panasonic, Model KX-FP200 | 50.00 | 75.00 |
| 76 | 1-Used Fax Machine, Panafax UF-788 | 450.00 | 600.00 |
| 77 | 1-Used Telephone System, Lucent, Merlin Key Service Unit, Asstd. Multi-Line Telephones, Also Includes Norstar Voice Mail System | 4,000.00 | 7,500.00 |
| 78 | 1-Used Lot Office Machines, Consists of Typewriter, (7) Asstd. Calculators, (2) Desk Type Graphiclite View Boxes, (2) Paper Cutter, Siltec Digital Scale, DirtDevil Vacuum Cleaner, MGA TV, Mitsubishi VCR Whirlpool Refrigerator, Montgomery Ward Microwave Oven, Amano Time Stamp, 6' Wood Stepladder, (2) Dollies, Easel, Located Throughout | 800.00 | 1,250 00 |
| 79 | 1-Used Lot Furniture Consist Of Asstd. Bookcases, Cabinets, Chairs, Chair Pads, Credenzas, Desks, File Cabinets, Lamps, Office Partitions, Racks Sections, Tables, ETC., Located Throughout | 12,000.00 | 18,500.00 |
| | 18-Used Bookcases, Asstd., Wood And Steel, *W/Office Furniture | | |
| | 12-Used Cabinets, Asstd., *W/Office Furniture | | |
| | 80-Used Chairs, Asstd., *W/Office Furniture | | |
| | 28-Used Chair Pads, Plastic, *W/Office Furniture | | |
| | 4-Used Credenzas, Includes (1) Executives Traditional Type, *W/Office Furniture | | |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | OFFICE FURNITURE & EQUIPMENT | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| | 23-Used Desks, Asstd., Includes (2) Executives Traditional Type, *W/Office Furniture | | |
| | 45-Used File Cabinets, Asstd., *W/Office Furniture | | |
| | 6-Used Lamps, Includes (1) Floor Type, *W/Office Furniture | | |
| | 10-Used Office Partitions,*W/Office Furniture | | |
| | 13-Used Rack Selections, Asstd., *W/Office Furniture | | |
| | 39-Used Tables, Asstd., Includes (1) Conference Type, *W/Office Furniture | | |
| 80 | 1-Used Lot Office Furniture & Equipment, Located in Photography Studio, Consisting Of Cabinet, (3) Chairs, (2) Desks, (3) Rack Sections, View Box, ETC. | 300.00 | 400.00 |
| | 1-Used Lot Kenex Reporting System, Not Physically Inspected, *Not Considered | | |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | PRINTERS | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 81 | 1-Used Digital Proofing Systems, Iris Model 3024, 4-Color, Approx. 24" With Related Peripheral Equipment And Accessories, Older Technology | $5,000.00 | $7,500.00 |
| 82 | 1-Used Desktop Color Proofing System, 3M Rainbow Table Model | 3,500.00 | 5,000.00 |
| 83 | 1-Used Computer Laser Printer, Tektronix Tekcolor Model BO1576, S/N 4699BX, 4-Color | 2,500.00 | 4,000.00 |
| 84 | 1-Used Imagesetter, Scitex Dolev 200, S/N Not Readable, Stand Alone Unit | 5,000.00 | 7,500.00 |
| 85 | 1-Imagesetter, Scitex, Dolev 800, Principle Indicates 1995-96 Vintage, 33"x34", Not Physically Inspected, Located In Locked Storage Room In Basement | 25,000.00 | 40,000.00 |
| 86 | 1-Used Imagesetter, Linotype-hell, Herkules S-Pro With Rip 50 Stand Alone Computer/Rip System, All Related Peripheral Equipment And Accessories | 35,000.00 | 50,000.00 |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | PRINTERS | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 87 | 1-Used Desktop Color Proofing System, 3M, Rainbow, Model 270AFN, S/N R100246, Full Color Sublimation Printer Table Model | $4,000.00 | $7,000.00 |
| 88 | 1-Used Computer Printer, Hewlett Packard, Laserjet 5SI | 900.00 | 1,250.00 |
| 89 | 1-Used Computer Printer, Hewlett Packard Laserjet 4MV | 500.00 | 700.00 |
| 90 | 1-Used Computer Printer, Hewlett Packard | 350.00 | 500.00 |
| 91 | 1-Used Computer Printer Hewlett Packard Deskwriter 680C | 100.00 | 150.00 |
| 92 | 1-Used Computer Printer, LaserMaster 1800PM-R | 800.00 | 1,000.00 |
| 93 | 1-Used Computer Printer, Data Products, Model LZR1560 | 450.00 | 600.00 |
| 94 | 2-Used Computer Printers, Apple Laserwriter II | 300.00 | 400.00 |
| 95 | 1-Used Computer Printer, Apple Laserwriter Select | 200.00 | 250.00 |
| 96 | 1-Used Computer Printer, Epson, Stylus Color 850 | 75.00 | 95.00 |
| 97 | 1-Used Computer Printer, Epson Stylus Color 800 | 100.00 | 150.00 |
| 98 | 1-Used Computer Printer, H-P, Deskjet 660, Not Physically Inspected, Appraised From List Provided | 1,500.00 | 2,500.00 |
| 99 | 1-Used Imagesetter, Linotronics, MDL. L-300, W/Rip30, Not Physically Inspected Appraised From List Provided | 2,000.00 | 3,000.00 |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | PRINTERS Page #2) | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 100 | 1-Imagesetter, Linotronics, MDL, L-330, W/Rip4, Not Physically Inspected, Appraised From List Provided | $4,000.00 | $6,000.00 |
| 101 | 1-Used Imagesetter, Linotronics, MDL. L-530, W/Turbo Rip40, Not Physically Inspected, Appraised From List Provided | 7,500.00 | 12,500.00 |
| 102 | 1-Used Imagesetter, Linotronics ,MDL. 630, Not Physically Insepcted, Appraised From List Provided | 25,000.00 | 35,000.00 |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | SCANNERS | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 103 | 1-Used Scanner, Hell, Chromagraphy 3900 Drum Type, Includes Chromaset P330 Drum Mounting Machine Power Computing Power Center Pro 240 Pentuim Tower Computer System With Mitsuibishi 21" Big Screen Graphics Color Display Monitor, (2) Siemens Nixdorf 15" Color Display Monitors, (3) Hammer External Cartridge Drives, All Related Peripheral Equipment And Accessories | $35,000.00 | $50,000.00 |
| 104 | 1-Used Densitometer, X-Rite, S/N 07865, Model 36TT, Digital | 500.00 | 750.00 |
| 105 | 1-Used Densitometer, Tobias, Model TB Plus-U, S/N 531P Digital | 500.00 | 750.00 |
| 106 | 3-Color Viewing Booths/Cabinets, CVS Graphiclite, (Average) | 3,000.00 | 4,500 00 |
| 107 | 1-Densitometer, Macbeth, Model TD904, | 800.00 | 1,000.00 |
| 108 | 1-Used Scanner, AGFA Arcus II, Not Physically inspected, Appraised From List Provided | 200.00 | 275.00 |
| 109 | 1-Used Scanner, Microtek, IIXE, Color Scanner, 1200DPI, Not Physically Inspected, Appraised From List Provided | 100.00 | 150.00 |

HOFF APPRAISAL ASSOCIATES
612 782-0688 • Fax 612 782-0687

| ITEM # | SCITEX | ORDERLY LIQUIDATION | FAIR MARKET |
|---|---|---|---|
| 110 | 1-Used Computer Pre-Press Workstation Scitex Postscriptrip Star PS Ripping/ Strapping System, With Sampo 17" raphics Color Display Monitor, elated Equipment | 3,000.00 | 5,000.00 |
| | ed Scanner, Scitex, Smart, Flatbed, Physically Inspected | 2,500.00 | 4,000.00 |
| | Computer Desktop Publishing station, Scitex, Star Lite 90 Pentium With Ripping/Trapping System, Not Physically Inspected | 1,500.00 | 2,500.00 |
| 113 | 1-Used Lot Data Tapes Includes (364) 4-GB (65) 1.2-GB, (450) 660MG Storage Optical Cursory Inspection | 3,000.00 | 6,000.00 |
| | TOTAL MACHINERY & EQUIPMENT | $313,190.00 | $491,325.00 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## WRIT OF EXECUTION

| Case Number: 00-CV-722 (JMR/FLN) |
|---|

**TO THE MARSHAL, SHERIFF OR OTHER DESIGNATED PERSON**

HENNEPIN COUNTY, STATE OF MINNESOTA

YOU ARE HEREBY COMMANDED, that of the goods, chattels, lands and tenements in your district

belonging to Wulf Mgmt. Corp. and Great Graphx (Insert name of debtor on line)

you cause to be made and levied as well a certain debt of $ 401,872.82

AMOUNT OF JUDGMENT: (Final Judgment & any info regarding partial satisfaction)

$401,872.82 plus interest from and after May 2, 2001 in the amount of $48,092.29 to be satisfied out of the sale of assets, or their equivalent value in cash, whether in hands of Wulf Mgmt. or Great Graphx. Said assets are listed in Exhibit A to the Sale of Assets Agreement (Pl. Ex. 14).

in the United States District Court for the District of Minnesota, before the Judge of said Court by the consideration of the same Judge lately recovered against the said Wulf Mgmt. Corp. and Great Graphx (Name of debtor)

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| | | | |
|---|---|---|---|
| PLACE: | | DISTRICT: | |
| CITY: | | DATE: | |

Witness the Honorable: (Name of judge) James M. Rosenbaum

| | | |
|---|---|---|
| DATE: 6/29/04 | CLERK OF COURT: | RICHARD D. SLETTEN |
| | (By) DEPUTY CLERK: | Jacqueline Nemi |

**RETURN**

| DATE RECEIVED: | DATE OF EXECUTION OF WRIT: |
|---|---|
| **This writ was received and executed.** | |

| | |
|---|---|
| US Marshal or Sheriff | (by) Deputy Marshal or Deputy Sheriff |
| or Other Official | title: |

EXHIBIT 3

tabbies

**WAREHOUSE INVENTORY LIST**

| | |
|---|---|
| #1 | Round table top |
| #2 | Wooden white board |
| #3 | Model D-7 dispenser |
| #4 | Undetermined number of plastic and metal file folders |
| #5 | 5' office divider |
| #6 | Scitex Whisper 486 |
| #7 | Kodak Approval Interface Module |
| #8 | Scitex Dolev 200 Topassy 1993 and basket |
| #9 | Dupont Cromalin Laminator |
| #10 | 10' wooden table top |
| #11 | Pedistal |
| #12 | 6 chairs |
| #13 | 3 chairs |
| #14 | Teacneck Graphics Series S Instant Fast Draw Vacuum Frame System |
| #15 | Kodak Gray Scale |
| #16 | Frame |
| #17 | 4 Metal shelves |
| #18 | 3 metal and wood tables |
| #19 | large format UV filter |
| #20 | Unknown number of Norstar phones |
| #21 | Unknown number of Norstar phones and manuals |
| #22 | Meridian Norstar phone system |
| #23 | Cutting table |
| #24 | 2 table top corner desks |
| #25 | MacBeth Prooflite Viewer and Color Viewing Luminaire |
| #26 | Laminator |
| #27 | Panasonic E2S copier |
| #28 | Box of Scitex manuals |
| #29 | Iris Printer 3024 |
| #30 | 3M MP2425 Processor |
| #31 | 4 water meters |
| #32 | Surge protectors, extension cords, cat. 5 cable |
| #33 | Electric table adjustable height |
| #34 | 5' table top |
| #35 | 6' table top |
| #36 | 5' wooden and metal desk with drawers |
| #37 | Scitex Smart Plus |
| #38 | 10 chairs |
| #39 | 5' partition for office |
| #40 | Miscellaneous cat. 5 cable, plastic sleeves. Plastic cable conduit |
| #41 | White drawing table |
| #42 | 5' book shelf |
| #43 | Walnut desk with return |
| #44 | 5' wood and plastic computer desk |
| #45 | Scitex Whisper 486 |
| #46 | 5' desk |
| #47 | Miscellaneous cables, circuit boards, motors, fans |
| #48 | M systems CPU |
| #49 | 8 back-up tapes, 2 hard drives, Rorke data hard drive reader, hard drive carrier |
| #50 | Scitex console assy. 16"X20" ser. 002368 and Scitex Xonsole assy Star |

EXHIBIT C

#51 Metal book case
#52 Hell
#53 Revolving dark room door, 9 plastic garbage cans
#54 2 – metal 10 drawer blue print files
#55 Scitex Smart Scanner box
#56 5 monitors 15" various brands
#57 Epson LQ-800 Dot Matrix
#58 Boxes of job tickets
#59 Scitex hardware, keyboards, cables
#60 Scitex manuals and cartridges
#61 Fonts
#62 Fonts
#63 Fonts
#64 Fonts
#65 Comp. light integrators and proofing light entegrators
#66 Software and mouse pads
#67 2 – 40" wide metal file cabinets

# WAREHOUSE TWO INVENTORY LIST

#1 Undetermined number of plastic and metal file folders
#2 67" wide metal, anti-static computer desk
#3 Job ticket boxes
#4 Antique grain cart
#5 10 conference table chairs
#6 Conference table with legs
#7 Antique grain cart
#8 16' conference table, red oak finish
#9 2 – 6' 4-drawer later files
#10 8' Red veneer conference table
#11 3' Golden printed ornamental cross
#12 2' Naugahyde guest chairs
#13 3' reception desk
#14 High back leather executive chair
#15 Spiral binder
#16 Royal shredder VS9512C cross-cut
#17 Kenmore refrigerator/freezer
#18 6'x4' framed art work
#19 6 steel 4-drawer lateral files, 4 black, 2 ivory
#20 9 monitors various manufacturers
#21 Boxes of documents and cart
#22 Paper cutter
#23 Microtek Scan Maker, Pitney Bowes 8000
#24 Refrigerator with door
#25 3 hard drive readers, 1 Hammer disc drive, 1 tape drive
#26 2 Macintosh Quadra 950 CPU, Quadra 900 CPU
#27 Keyboard stand
#28 3M desk top color proofing system
#29 4 monitors
#30 6 monitors
#31 Chair mat
#32 Sandman light table
#33 Violux 8002T
#34 NUARC light table
#35 4 desks, 2 2-drawer file cabinets
#36 Lakewood space heater, Sunbeam humidifier
#37 Miscellaneous and Texas Instruments 5140 calculator
#38 81/2x14 paper cassette, fire extinguisher, Barco nv video and communications amplifier
#39 Mita DL-1656 copier
#40 Miscellaneous and paper, vacuum hose, phone, toner, Rival titan space heater, propane tank, fire extinguisher, copier paper cassettes, mason jar
#41 Densitometer
#42 2-drawer file cabinet, computer desk
#43 In and out board, key board, Integrator and accessories from old large format frame
#44 3 CPUs, 2 servers
#45 5 keyboards
#46 LM Laser Master, 6 optical disc drivers, 1 tape drive, 1 CPU, 1 monitor
#47 4 Agfa-Gevaert, keyboard, Wacom digitizer, cat. 5 cable
#48 Black monitor
#49 Box of circuit boards

#50 Mac PC and monitor, keyboard, mousse, external modem
#51 Christmas tree and stand
#52 Box of cables
#53 PC data display projection panel
#54 2 computer cards unknown
#55 Cat. 5 cable
#56 AC adapters
#57 2 adding machines
#58 Unknown Mac and PC software and manuals
#59 Data General server
#60 Dot matrix printer
#61 Box of various manuals
#62 Tool box
#63 Box of data cartridges and tapes
#64 Box of mother boards
#65 Miscellaneous steel drawers, 4-drawer lateral file
#66 Box of miscellaneous cords and cables
#67 Christmas decorations
#68 6 optical disc drives
#69 3 optical disc drives, 1 floppy drive
#70 Scitex Star PS 486
#71 5 various storage drives
#72 Box of external storage devices with AC adapters
#73 Bogen Model C208
#74 Various electrical components
#75 2 Printon Light Integrators and cables
#76 9 external storage devices, 2 Selecto switches, 1 AB switch, 1 router
#77 2 modems, 3 routers, control panel and cords
#78 2 Scitex Smart Scanner related things
#79 Data General 2200 VA
#80 X-Rite, dark box
#81 Printer laser, air compressor
#82 Undetermined number of Lucent phones
#83 Undetermined number of Lucent phones
#84 2 routers, cords and paperwork
#85 Ericsson Vehicle Handsfree Kit
#86 Undetermined number of bricks
#87 4 boxes of peripheral computer accessories
#88 3 boxes of cat. 5 cable, video cards, extension cords
#89 AB switches, modem, miscellaneous wall plates
#90 CD Rom drive, optical disc drive, router, external storage device with cat. 5 cable
#91 Pendaflex folders, 1 light bulb, door latches, casters, 2 water pressure regulators, calking gun, caps
#92 JP Data graphics printer
#93 Fluorescent bulbs
#94 4 keyboards, 1 monitor, AB switch, cords, cables
#95 2 mother boards and power supply
#96 Box of cables
#97 Unreachable shelf items, compressor, Christmas decorations, twine, plastic magazine holders
#98 Table
#99 Manuals, Cisco 2500 series, cables, Stabiline TVS302CU Transient Voltage Suppressor, 2 ATI modems
#100 Scitex manuals

#101 Cado printer
#102 Stabiline TVS302CU Transient Voltage Suppressor, Versyss
#103 Christmas decorations
#104 4-drawers filled with Christmas decorations
#105 Router
#106 6 stackable 51/4" floppy disc storage
#107 Unknown item
#108 Cat. 5 cable, wall mount connectors
#109 Lakewood heater, cover unknown
#110 7 boxes Kodak contact screens
#111 Table legs, fluorescent bulb, empty tube
#112 Color viewing table, fluorescent bulbs
#113 Color viewing table, fluorescent bulbs (additional view of #112)
#114 8 chairs
#115 Box of chair bottoms, bulbs, air cleaner, etc.
#116 UPIS box for Prisma
#117 Typing table, particle board, bricks
#118 File cabinet
#119 Printer table
#120 2 tables
#121 Chair, rug
#122 Table top and legs disassembled, orange promask, 2 desks
#123 3 desks
#124 2 end tables, 10 fluorescent bulbs 8', 4 desks
#125 Cart with cardboard flats, Scitex motherboard, 2 metal drawers
#126 2 particle board cubes
#127 2 2-drawer file cabinets
#128 2 filters, monitor stand, unknown hardware, sweater box
#129 Unknown trays
#130 3 unknown computer CPUs
#131 3 metal frames
#132 Ironing board, chair
#133 4-drawer lateral file, 5-drawer file, 4-drawer file
#134 Antique hideaway bed and cart
#135 Antique hideaway bed and cart (additional view of #134)
#136 3 antique chairs and cart
#137 3 antique chairs and cart (additional view of #136)
#138 7 antique prints, 2 desks
#139 7 antique prints, 2 desks (additional view of #138)
#140 7 antique prints, 2 desks (additional view of #138)
#141 Miscellaneous items and cart, 2 space heaters
#142 9 metal and wood racks

# ITEMS NOT RECEIVED

| Appraisal Item Number | Appraised Value |
|---|---|
| 1 | $7,500.00 |
| 4 | $2,000.00 |
| 67 | $450.00 |
| 68 | $3,500.00 |
| 69 | $2,500.00 |
| 71 | $2,500.00 |
| 72 | $300.00 |
| 85 | $40,000.00 |
| 98 | $2,500.00 |
| 99 | $3,000.00 |
| 100 | $6,000.00 |
| 101 | 12,500.00 |
| 102 | $35,000.00 |
| | **$117,750.00** |

**Exhibit D-1**

## ITEMS BROKEN DURING USE / THROWN OUT

| Appraisal Item Number | Appraised Value |
|---|---|
| 18 | $500.00 |
| 34 | $500.00 |
| 40 | $100.00 |
| 42 | $500.00 |
| 43 | $75.00 |
| 64 | $450.00 |
| 74 | $30.00 |
| 75 | $75.00 |
| 78 | $1,250.00 |
| 94 | $200.00 |
| 109 | $150.00 |
| | $3,830.00 |

**Exhibit D-2**

# INVENTORY AT WAREHOUSE

| Appraisal Item Number | Cross Reference to Warehouse Lists #(s) 1&2 |
|---|---|
| 9 | W-2-20,29 &30 |
| 16 | W-2-50 |
| 19 | W-2-26 |
| 22 | W-2-26 |
| 26 | W-2-26 |
| 30 | W-2-20,29 &30 |
| 33 | W-2-44 |
| 35 | W-2-44 |
| 37 | W-2-44 |
| 38 | W-2-44 |
| 41 | W-2-20 |
| 42 (MONITORS) | W-2-29 |
| 43 (MONITORS) | W-2-29 |
| 57 | W-1-9 |
| 58 | W-1-14 |
| 61 | W-2-22 |
| 64 | W-2-32 & 34 |
| 65 | W-2-32 & 34 |
| 66 | W-1-53 |
| 73 | W-2-39 |
| 77 | W-1-20, 21 & 22 |
| 78 | W-2-37 & 57 |
| 81 | W-1-29 |
| 82 | W-1-30 |
| 84 | W-1-8 |
| 92 | W-2-46 |
| 93 | W-2-79 |
| 94 | W-2-81 |
| 97 | W-1-52 |
| 106 | W-2-112 & 113 |

**Exhibit D-3**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Court No. 00-77 JMR/FLN
UNPAID BALANCE $450,801.87

DATE OF JUDGMENT: May 2, 2001

Clarinda Color, LLC,

Creditor,

BW Acquisition Corporation, Beowulf, Ltd. and Brian Nelson,

Debtor,

**GARNISHMENT SUMMONS**

v.

Wulf Managment Corporation, Mark Nelson and Great Graphx.Com, Inc.,

Judgment Debtor,

and

Stearns Bank, N.A.,

Garnishee.

**THE STATE OF MINNESOTA**
**TO THE GARNISHEE NAMED ABOVE:**

You are hereby summoned and required to serve upon the creditor's attorney (or the creditor if not represented by an attorney) and on the debtor within 20 days after service of this garnishment summons upon you, a written disclosure, of the indebtedness, money, or other property that you owe to the debtor and answers to all written interrogatories that are served with the garnishment summons. However, if the garnishment is on earnings and the debtor has garnishable earnings, you shall serve the completed disclosure form on the creditor's attorney, or the creditor if not represented by an attorney, within ten days of the last payday to occur within the 70 days after the date of the service of this garnishment summons. "Payday" means the day which you pay earnings in the ordinary course of business. If the debtor has no regular paydays, "Payday" means the 15th day and the last day of each month.

Your disclosure need not exceed 110 percent of the amount of the creditor's claim that remains unpaid.

You shall retain garnishable earnings, other indebtedness, money, or other property in your possession in an amount not to exceed 110 percent of the creditor's claim until such time as the creditor causes a writ of execution to be served upon you, until the debtor authorizes you in writing to release the property to the creditor, or until the expiration of 180 days from the date of service of this garnishment summons upon you, at which time you shall return the disposable earnings, other indebtedness, money, or

EXHIBIT
E

other property to the debtor.

## EARNINGS

In the event you are summoned as a garnishee because you owe "earnings" (as defined on the Earnings Garnishment Disclosure form attached to this Garnishment Summons, if applicable) to the debtor, then you are required to serve upon the creditor's attorney, or the creditor if not represented by an attorney, a written earnings disclosure form within the time limit set forth above.

In the case of earnings you are further required to retain in your possession all unpaid nonexempt disposable earnings owed or to be owed by you and earned or to be earned to the debtor within the pay period in which this garnishment summons is served and within all subsequent pay periods whose paydays (defined above) occur within the 70 days after the date of service of this garnishment summons.

Any assignment of earnings made by the debtor to any party within ten days before the receipt of the first garnishment on a debt is void. Any indebtedness to you incurred by the debtor within the ten days before the receipt of the first garnishment on a debt may not be set off against amounts otherwise subject to the garnishment.

Your are prohibited by law from discharging or disciplining the debtor because the debtor's earnings have been subject to garnishment.

This Garnishment Summons includes:
____ Earnings garnishment
(see attached Earnings Disclosure Form)
_X_ Nonearnings garnishment
(see attached Nonearnings Disclosure Form)
____ Both Earnings and Nonearnings garnishment
(see both attached Earnings and Nonearnings Disclosure Form)

## NOTICE TO DEBTOR

A Garnishment Summons, Earnings Garnishment Disclosure form, Nonwage Garnishment Disclosure form, Garnishment Exemption Notices and/or written Interrogatories, copies of which are hereby served on you, were served upon the Garnishee by delivering copies to the Garnishee. The Garnishee was paid $15.

DATED: July 16, 2004

THE GURSTEL LAW FIRM, P.A.

By: ____________________
Todd L. Gurstel (#185619)
Attorneys for Judgment Creditor
401 North 3rd Street, Suite 590
Minneapolis, Minnesota 55401
Telephone: (612) 664-8200

Our File: 3601-02T