U.S. District Court

[redacted]

15 E, 300 South 4th Street
Mpls., Mn. 55414
664-5053
Fax: 664-5054

August 30, 2004

ALL COUNSEL OF RECORD

**RE: Clarinda Color v BW Acquisition Corporation, et al.**

Dear Counsel:

Please review the briefing schedule listed below:

2) Brief in opposition to relief from Judgment and for Stay

**DUE - September 10, 2004**

After the Court has reviewed all the materials submitted, I will call the parties and indicate whether there will be oral argument or not. If you have any questions, please call. Thank you.

Sincerely yours,

S/Larry Lewis

Larry Lewis
Calendar Clerk
Work - 612-664-5053
Fax - 612-664-5154
e-mail Larry_Lewis@mnd.uscourts.gov