**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| **CLARINDA COLOR LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 00-722 JMR/FLN** |
| | ) | |
| **BW ACQUISITION CORPORATION, BEOWULF LTD. and BRIAN NELSON,** | ) | **Honorable James Rosenbaum Chief U.S. District Judge** |
| | ) | **Honorable Franklin Noel Magistrate Judge** |
| **Defendants,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WULF MANAGEMENT CORPORATION, MARK NELSON, and GREAT GRAPHX.COM, INC.,** | ) | |
| | ) | |
| **Third-Party Respondents.** | ) | |

**NOTICE OF FILING**

TO: Michael B. Chase, Esq., at 2101 Firstar Center,101 East Fifth Street, St. Paul, MN 55101, and Valdis A. Silins, Esq. at 905 E. Wayzata Blvd. Suite 220, Wayzata, MN 55391.

**PLEASE TAKE NOTICE** that on September 10, 2004, the undersigned filed **Plaintiff's Memorandum in Opposition to the Motion of Great Graphx.Com, Inc. and Mark Nelson for Relief from Judgment and for Stay** and the **Affidavit of Svetlana Denekamp**, copies of which are attached hereto and herewith served upon you.

Respectfully submitted,
**CLARINDA COLOR LLC**

By: ______________________
One of its Attorneys

Admitted *pro hac vice:*
Neal H. Levin, Esq. (#6203156)
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
(312) 360-6530

Local counsel:
Todd L. Gurstel, Esq. (#185619)
The Gurstel Law Firm, P.A.
401 N. Third Street, Suite 590
Minneapolis, Minnesota 55401
(612) 664-8200

SCANNED
SEP 13 2004
U.S. DISTRICT COURT MPLS