**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| **CLARINDA COLOR LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil No. 00-722 JMR/FLN** |
| | ) | |
| **BW ACQUISITION CORPORATION,** | ) | **Honorable James Rosenbaum** |
| **BEOWULF LTD. and BRIAN NELSON,** | ) | **Chief U.S. District Court Judge** |
| | ) | |
| **Defendants.** | ) | **Honorable Franklin Noel** |
| **v.** | ) | **Magistrate Judge** |
| | ) | |
| **WULF MANAGEMENT** | ) | |
| **CORPORATION, MARK NELSON** | ) | |
| **and GREAT GRAPHX.COM, INC.,** | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| **Third-Party Respondents.** | ) | |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN)

Svetlana Denekamp, being duly sworn, attests that on the 10th day of September, 2004, he caused a copy of **Plaintiff's Memorandum in Opposition to the Motion of Great Graphx.Com, Inc. and Mark Nelson for Relief from Judgment and for Stay** and the **Affidavit of Svetlana Denekamp** to be mailed by first class mail, postage paid, to:

Michael B. Chase, Esq.
2101 Firstar Center
101 East Fifth Street
St. Paul, Minnesota 55101

and

Valdis A. Silins, Esq.
Stephenson & Sanford P.L.C.
1905 E. Wayzata Blvd. Suite 220
Wayzata, MN 55391

[signature]

Subscribed and sworn to before me
this 10th day of September, 2004.

[signature]
Notary Public

ANDREE A. HOLIEN
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005

SCANNED
SEP 13 2004
U.S. DISTRICT COURT MPLS