**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| **CLARINDA COLOR LLC,**<br><br>**Plaintiff,**<br>**v.**<br><br>**BW ACQUISITION CORPORATION, BEOWULF LTD. and BRIAN NELSON,**<br><br>**Defendants.**<br>**v.**<br><br>**WULF MANAGEMENT CORPORATION, MARK NELSON and GREAT GRAPHX.COM, INC.,**<br><br>**Third-Party Respondents.** | ) | **Civil No. 00-722 JMR/FLN**<br><br>**Honorable James Rosenbaum**<br>**Chief U.S. District Court Judge**<br><br>**Honorable Franklin Noel**<br>**Magistrate Judge** |

**AFFIDAVIT OF SVETLANA DENEKAMP**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN)

Svetlana Denekamp, being first sworn upon oath, deposes and states as follows:

1. That she is one of the attorneys for Plaintiff Clarinda Color LLC ("Clarinda") in the above-entitled matter.

2. That this affidavit is being made for the purpose of supporting Plaintiff's Memorandum in Opposition to the Motion of Great Graphx.Com, Inc. and Mark Nelson for Relief from Judgment and for Stay.

3. That your affiant coordinated and supervised Clarinda's efforts to liquidate certain assets of Great Graphx.com, Inc. ("Great Graphx"), which were seized under the authority and supervision of the United States Marshals Service on or about July 15, 2004 pursuant to the Order of this Court.

SCANNED
SEP 13 2004
U.S. DISTRICT COURT MPLS

4. That we were unable to locate certain specific assets which were found by the Court to have been fraudulently transferred. *See* Order (the "First Order") dated June 14, 2004 (Docket No. 113) at 12, ¶ 6. A true and correct list of the missing assets is attached hereto as Exhibit 1.

5. That with respect to the items that were seized, your affiant made arrangements to conduct an inventory of the items as well as have each such item photographed.

6. That your affiant made further arrangements to transfer the items seized to a secure storage facility located at 6200 West Old Shakopee Road, Bloomington, Minnesota 55438, to await further disposition.

7. That there are several other items that are located at a warehouse location under the control of Great Graphx, which items do not have enough value to warrant moving them to a storage facility. Each of these items has been photographed and inventoried, and is awaiting disposition.

8. That your affiant met and conferred with representatives of four companies that specialize in liquidation of all types of assets: The Liquidation Company of Minneapolis, the Action Masters, MRC and K-Bid.

9. Representatives of The Liquidation Company of Minneapolis, the Action Masters and MRC performed a visual inspection and examination of the assets in your affiant's presence.

10. That upon such visual inspection and examination of the assets, representatives of the three of the four companies expressed no interest in conducting the liquidation of the assets based upon the fact that the assets had little or no value.

11. That each such representative informed your affiant that his/her decision was based on his/her estimate that the assets had virtually no value.

12. That a representative of K-bid has agreed to conduct the sale/liquidation of the assets upon its inspection of the assets, and such inspection is to take place on or about September 13, 2004.

13. That your affiant contacted the International Association of Printing House Craftsmen in Minneapolis, MN, and forwarded to it the list of the assets available for sale along with a request to submit bid(s).

14. That your affiant caused the accounts of Great Graphx which were held by Stearns Bank to be garnished pursuant to the Court's order, and that the garnishment revealed a total balance of only $1,463.71.

15. That your affiant has not received any bids from the International Association of Printing House Craftsmen.

Further affiant sayeth naught.

Dated this 10th day of September, 2004.

Svetlana Denekamp (#325478)

Subscribed and sworn to before me
this 10th day of September, 2004.

Notary Public

ANDREE A. HOLIEN
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005

**EXHIBIT 1**

**Assets that were not retrieved from Great Graphx.com, Inc.:**

1. **Bronica Model SQA-M camera, early 90's vintage w/4 lenses including 1 wide angle, tripod and related attachments;**
2. **Camera, D.S./Dainappon screen, MDL, C-2600D;**
3. **1 Tiger GT200 Pentium computer system with Sampo 17" color display monitor;**
4. **2 light tables, approximately 40"X30";**
5. **1 light table 32"X24";**
6. **Lucent telephone system, Merlin key service unit;**
7. **Multi line telephones including Northstar voice mail system;**
8. **2 desk type Graphiclite view boxes;**
9. **Siltec digital scale;**
10. **Dirt Devil vacuum cleaner;**
11. **Mitsubishi VCR;**
12. **Montgomery Ward microwave oven;**
13. **Amano time stamp;**
14. **6' wood stepladder;**
15. **17 wood and steel bookcases;**
16. **12 cabinets;**
17. **72 assorted chairs;**
18. **28 plastic chairs;**
19. **4 executive credenzas;**
20. **23 executive desks;**

21. **44 file cabinets;**

22. **6 lamps;**

23. **10 office partitions;**

24. **36 tale including conference type;**

25. **Scitex Imagesetter, Dolev 800;**

26. **Linotronics MDL L-330 W/Rip4 Imagesetter;**

27. **Linotronics MDL L-530 w/turbo Rip40 Imagesetter;**

28. **Linotronics MDL L-630 Imagesetter;**

29. **3 color viewing booths/cabinets, CVS Graphiclite.**