UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-722(JMR/FLN)

| | | |
|---|---|---|
| Clarinda Color, LLC | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BW Acquisition Corp. et al. | ) | |

This matter is before the Court on the motion by third-party respondents, Great GraphX.com and Mark Nelson, for relief from judgment pursuant to Fed. R. Civ. P. 60, for a stay of execution of the Court's judgment pursuant to Fed. R. Civ. P. 62(b), and for clarification of the Court's earlier Orders.

Based on the files, records, and proceedings herein, and the arguments of counsel, the Court concludes third-party respondents are not entitled to the relief they seek.

Accordingly, third-party respondents' motions [Docket Nos. 119, 123] are denied.

IT IS SO ORDERED.

Dated: October 25, 2004

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge