UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| **CLARINDA COLOR LLC,** | |
| **Plaintiff,** | |
| **v.** | **Civil No. 00-722 JMR/FLN** |
| **BW ACQUISITION CORPORATION, BEOWULF LTD. and BRIAN NELSON,** | **Honorable James Rosenbaum**<br>**Chief U.S. District Judge** |
| **Defendants,** | **Honorable Franklin Noel**<br>**Magistrate Judge** |
| **v.** | |
| **WULF MANAGEMENT CORPORATION, MARK NELSON, and GREAT GRAPHX.COM, INC.,** | |
| **Third-Party Respondents.** | |

**NOTICE OF DEPOSITION OF BRIAN NELSON AND MARK NELSON**

TO: **Paige M. Fitzgerald, Esq.**
**Valdis A. Silins, Esq.**
Stephenson & Sanford
1905 East Wayzata Blvd #220
Wayzata, MN 55391

YOU ARE HEREBY NOTIFIED that on the dates and times listed below the undersigned shall take the depositions of **Brian Nelson** and **Mark Nelson** (the "Deponents"), by stenographic means, at The Gurstel Law Firm, P.A., 401 N. Third Street, Suite 590, Minneapolis, Minnesota 55401.

The Deponents are each commanded to bring to their depositions those documents and/or tangible things listed in Schedule A, a copy of which is attached hereto.

SCANNED
NOV 9 2004 CB
U.S. DISTRICT COURT MPLS

| Name | Date | Time |
|---|---|---|
| Brian Nelson | November 29, 2004 | 10:00 a.m. |
| Mark Nelson | November 29, 2004 | 2:00 p.m. |

Respectfully submitted,
**CLARINDA COLOR LLC**

By: */e/ Todd Gurstel*___
One of its Attorneys

Admitted *pro hac vice:*
Neal H. Levin, Esq. (#6203156)
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
(312) 360-6530

Local counsel:
Todd L. Gurstel, Esq. (#185619)
The Gurstel Law Firm, P.A.
401 N. Third Street, Suite 590
Minneapolis, Minnesota 55401
(612) 664-8200

**CERTIFICATE OF SERVICE**

I, Todd L. Gurstel, an attorney, hereby certify that I served the foregoing **NOTICE OF DEPOSITION OF BRIAN NELSON AND MARK NELSON** on all parties named therein by causing a copy thereof to be delivered via pre-paid U.S. mail on the 8th day of November, 2004.

_*/e/ Todd Gurstel* ___________
Todd L. Gurstel

#639533

***Clarinda Color LLC v. BW Acquisition Corp.*, et al., case no. 00-722 JMR/FLN**
**United States District Court, District of Minnesota**

**SCHEDULE A**
**TO NOTICE OF DEPOSITION**
**OF BRIAN NELSON AND MARK NELSON**

**For the period from January 1, 2000, to the present, unless otherwise noted, you are commanded to produce the following documents relating to BW Acquisition Corporation, Wulf Management Corporation and GreatGraphx.com ("GreatGraphx"):**

1. All corporate documents including Articles of Incorporation, Bylaws, including any amendments or supplements, corporate Minutes, Resolutions, Annual Reports and Articles of Dissolution.

2. All federal and state tax returns filed for the years 2000 to the present including income, employment and franchise tax returns and all related 1099s and W-2s.

3. All certificates issued by any state in regard to corporate standing, including any certificates of authority, delinquency, forfeiture, suspension, and/or reinstatement.

4. All documents relating to any financial accounts, including signatory cards, statements, canceled and/or duplicate checks, check registries, cashiers check/money order receipts, deposit slips and other deposit instruments, instruments of withdrawal, and any documents evidencing wire transfers into or from said account(s).

5. All documents relating to any loans or lines of credit existing at any time from 2000 to present.

6. All documents relating to any business credit card account ever held including applications and monthly statements.

7. All lease agreements.

8. All insurance policies in relation to GreatGraphx or any of its key personnel.

9. All profit sharing, stock option or pension plans.

10. A list of inventories, goods, machinery or equipment owned or possessed.

11. All contracts or agreements creating any joint ventures, partnerships or other relationship between GreatGraphx and any third-party.

12. All telephone records, including long distance statements and mobile telephone records.

13. Contracts or agreements to purchase or sell any assets or interests in assets as well as contracts or agreements within the past six (6) years whereby GreatGraphx did in fact purchase or sell any assets or interests.

14. All documents identifying holders of stock, including stock certificates.

15. All automobile or other vehicle titles; stocks, bonds, notes receivable, certificates of deposit, securities of other documents or memoranda, indicating ownership or any right or rights to same.

16. All documents reflecting dividends, distributions or other compensation or monies paid to directors, officers, or shareholders.

17. All financial statements, including disbursement journals, balance sheets, profits and loss statements, accounts receivable or receipts journals and operating statements.

18. A schedule of all payments made to or on behalf of Brian Nelson, Mark Nelson, BW Acquisition Corporation, Beowulf Ltd., or Wulf Management Corporation (the "Defendants"), including payments made to any entity for which any of the Defendants held any ownership interest, as well as payments made to any financial institution, lender or creditor in satisfaction, whether whole or in part, of any obligations in the name of any of the Defendants or any entity in which any of the Defendants held any ownership interest.

**For the period from January 1, 2000, to the present, unless otherwise noted, you are commanded to produce the following documents relating to you:**

19. Any documents showing any transfer of assets or payments to you, either directly or indirectly, from BW Acquisition Corporation, Beowulf Ltd., Wulf Management Corporation, and/or GreatGraphx.com.

20. Copies of your 2000, 2001, 2002, 2003 and 2004 personal federal and state income tax returns;

21. Bank, savings and loan, and credit union account books and statements of account;

22. Checking account statements;

23. Employer withholding tax and pay check stubs for the past 12 months;

24. All form W-2s or Form 1099s issued, all expense reports and evidence of expense reimbursement, employment or independent contractual agreements, salary agreements or other evidence of salary earned and paid, employee handbooks, guidelines, or other published rules and regulations concerning expenses and re-payment associated therewith, stock option, profit sharing or other pension or retirement plans, and any or all additional information concerning compensation or payment of expenses;

25. Personal financial statements;

26. Automobile or other vehicle titles;

27. Stocks, bonds, notes, receivables, purchase options, certificates of deposit, securities or other documents or memoranda, indicating ownership of any right or rights in same;

28. Balance sheets and income statements of any businesses in which you participate or operate;

29. Contracts or agreements to purchase or sell any assets or interests you own or propose to own;

30. Insurance policies;

31. List of properties in trust;

32. Contracts or agreements whereby you purchased or sold any assets or interests;

33. Books or memoranda of accounts receivable;

34. Lists of jewelry, household goods, machinery or equipment;

35. Deeds to real estate or documents indicating your interest, present or future, in real estate;

36. Other notes, documents or memoranda indicating your interest in property real or personal;

37. Listing of any profit sharing, stock or option or pension plans, profits and loss statements of account; and

38. Copies of all bills that you owe or statements of indebtedness.