UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No: 0:00-cv-722

Clarinda Color LLC,

Plaintiff,

v.

BW Acquisition Corporation,
Beowulf Ltd., and Brian Nelson,

Defendants.

v.

Wulf Management
Corporation, Mark Nelson
And GreatGraphx.Com, Inc.

Third-Party Respondents.

**MOTION TO WITHDRAW FROM REPRESENTATION OF DEFENDANTS AND THIRD-PARTY RESPONDENTS**

Michael B. Chase moves this Court for good cause shown pursuant to Rule 83.7 of the Federal Rules of Civil Procedure for an order allowing him to withdraw from representing Defendants BW Acquisition Corporation, Brian Nelson and Third-Party Respondents Wulf Management Corporation.

The above Motion is based upon all the files, records, and proceedings herein, Memorandum of Law, the Affidavit of Michael B. Chase as well as such other and further points and authorities as may subsequently be presented to the Court.

Dated: November 16, 2004

s/Michael B. Chase
Michael B. Chase, Bar Number 134120
Attorney for Defendants
And Third-Party Respondents
2102 U.S. Bank Center
101 East Fifth Street

PDF created with pdfFactory trial version www.pdffactory.com

St. Paul, MN 55101
Telephone: (651) 225-8656
Fax: (651) 225-8709

PDF created with pdfFactory trial version www.pdffactory.com