UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No: 0:00-cv-722

Clarinda Color LLC,

Plaintiff,

v.

BW Acquisition Corporation,
Beowulf Ltd., and Brian Nelson,

Defendants.

v.

Wulf Management
Corporation, Mark Nelson
And GreatGraphx.Com, Inc.

Third-Party Respondents.

**NOTICE OF MOTION TO WITHDRAW FROM REPRESENTATION OF DEFENDANTS AND THIRD-PARTY RESPONDENTS**

Please take notice that a Motion to Withdraw from Representation of Defendants and Third-Party Respondents is scheduled to be heard on December 13, 2004, at 9:00 a.m. before the Honorable Magistrate Noel, United States Magistrate Judge, at the U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

Dated: November 16, 2004

s/Michael B. Chase
Michael B. Chase, Bar Number 134120
Attorney for Defendants
And Third-Party Respondents
2102 U.S. Bank Center
101 East Fifth Street
St. Paul, MN 55101
Telephone: (651) 225-8656
Fax: (651) 225-8709

PDF created with pdfFactory trial version www.pdffactory.com