UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No: 0:00-cv-722

Clarinda Color LLC,

Plaintiff,

v.

**AFFIDAVIT OF MICHAEL B. CHASE**

BW Acquisition Corporation,
Beowulf Ltd., and Brian Nelson,

Defendants.

v.

Wulf Management
Corporation, Mark Nelson
And GreatGraphx.Com, Inc.

Third-Party Respondents.

COUNTY OF RAMSEY )
)ss.
STATE OF MINNESOTA )

Michael B. Chase, duly sworn under oath deposes and states as follows:

1. I am the attorney representing Defendants BW Acquisition Corporation and Brian Nelson, and Third-Party Respondents Wulf Management Corporation, in the above-captioned action.

I submit this Affidavit in support of my motion to withdraw from representation of Defendants and Third-Party Respondents.

2. On May 2, 2000, I entered into a retainer agreement with the above-named Defendants.

PDF created with pdfFactory trial version www.pdffactory.com

3. Pursuant to that agreement I have billed Defendants a total of $16,652.60 which has been owing and unpaid for more than six months.

4. I have repeatedly advised Defendants that if no payment is made I could not continue to represent them.

5. On June 14, 2004, this Court issued an Order dismissing claims against Brian Nelson individually.

6. Recently, the Court permitted substitution of counsel for GreatGraphx.Com and Mark Nelson.

7. Plaintiff now seeks leave of Court to depose Brian Nelson with respect to his personal assets.

8. This has created a conflict of interest for me. In light of Mr. Nelson's substantial debt to me I am also interested in knowing what assets he has that may be available to satisfy his debt to me.

9. In light of the failure to pay attorney's fees and the conflict of interest which has developed, I request that the Court grant my motion to withdraw from representation of Defendants BW Acquisition Corporation, Brian Nelson and Third-Party Respondents Wulf Management Corporation.

10. My clients have signed a consent to my withdrawal.



PDF created with pdfFactory trial version www.pdffactory.com

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: November 16, 2004

s/Michael B. Chase
Michael B. Chase, Bar Number 134120
Attorney for Defendants
And Third-Party Respondents
2102 U.S. Bank Center
101 East Fifth Street
St. Paul, MN 55101
Telephone: (651) 225-8656
Fax: (651) 225-8709

Subscribed and sworn to before me
this16th day of November, 2004.

s/Tania L. Harris
Tania L. Harris, Notary Public



PDF created with pdfFactory trial version www.pdffactory.com