UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No: 0:00-cv-722

Clarinda Color LLC,

Plaintiff,

v.

**CONSENT TO WITHDRAWAL OF COUNSEL**

BW Acquisition Corporation,
Beowulf Ltd., and Brian Nelson,

Defendants.

v.

Wulf Management
Corporation, Mark Nelson
And GreatGraphx.Com, Inc.

Third-Party Respondents.

Brian Nelson hereby consents to the withdrawal of Michael B. Chase as counsel for himself, BW Acquisition Corporation and Wulf Management Corporation.

Further correspondence should be directed to Brian Nelson at the following location:

Brian Nelson
2400 Bryant Avenue South
Minneapolis, MN 55405
Telephone: 612-374-2850

Dated: November 16, 2004

s/Brian Nelson
Brian Nelson

PDF created with pdfFactory trial version www.pdffactory.com

Dated: November 16, 2004

s/Brian Nelson
Brian Nelson
On behalf of BW Acquisition Corporation

Dated: November 16, 2004

s/Brian Nelson
Brian Nelson
On behalf of Wulf Management Corporation



PDF created with pdfFactory trial version www.pdffactory.com