**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Court File No: 0:00-cv-722

Clarinda Color LLC,

Plaintiff,

v.

**CERTIFICATE OF SERVICE**

BW Acquisition Corporation,
Beowulf Ltd., and Brian Nelson,

Defendants.

v.

Wulf Management
Corporation, Mark Nelson
And GreatGraphx.Com, Inc.

Third-Party Respondents.

---

I hereby certify that on November 16, 2004, I caused the following documents:

Defendants' Motion to Withdraw from Representation;
Notice of Motion to Withdraw from Representation;
Memorandum of Law in Support of Plaintiff's Motion to Withdraw;
Affidavit of Michael B. Chase; and
Consent to Withdrawal of Counsel

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Neal H. Levin, E-mail Address: nhlevin@freebornpeters.com

Valdis A. Silins, E-mail Address: vals@stephenson-sanford.com

PDF created with pdfFactory trial version www.pdffactory.com

I further certify that I caused a courtesy copy of the foregoing documents, including the Proposed Order, to be mailed by first class mail, postage paid, to:

Magistrate Judge Noel
U.S. District Court
District of Minnesota
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

And

Todd L. Gurstel
Gurstel Law Office
401 N. 3rd Street, Suite 590
Minneapolis, MN 55401-1429

I further certify that I caused a copy of the Proposed Order to be sent via Internet e-mail to the following:

Magistrate Judge Noel
E-mail Address: noel_chambers@mnd.uscourts.gov

Neal H. Levin, E-mail Address: nhlevin@freebornpeters.com

Valdis A. Silins, E-mail Address: vals@stephenson-sanford.com

Dated: November 16, 2004

s/Michael B. Chase
Michael B. Chase, Bar Number 134120
Attorney for Plaintiff
2102 U.S. Bank Center
101 East Fifth Street
St. Paul, MN 55101
Telephone: (651) 225-8656
Fax: (651) 225-8709



PDF created with pdfFactory trial version www.pdffactory.com