# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

# ECF Form
# Application to File Documents Conventionally

A party may conventionally file exhibits that cannot be converted to electronic form (e.g., video tape, audio tape, etc.) without seeking leave to do so. A party must file a Notification of Conventional Filing to indicate the item on record. If a party has a voluminous filing (eg. exhibits), they may seek leave of court to file the documents conventionally. A party may seek leave of the court to file documents such as exhibits conventionally. Parties should allow enough time **(5 days)** for the Judge to review the request to file conventionally, so that the filing may be done in a timely manner before the deadline. If approved, exhibits filed conventionally must be filed according to the ECF Procedures available on the court's website at:http://www.mnd.uscourts.gov/cmecf/index.htm.

**Filer's Name:** Paige M. Fitzgerald
Attorney Bar ID: 0303082
Address: 1905 East Wayzata Blvd., Suite 220, Wayzata, MN 55391

Phone Number: 952-404-2100
E-Mail Address: paigef@stephenson-sanford.com
Case No. 00-CV-722 (JMR/FLN)

Item(s) wish to file conventionally (To ensure a timely response, please be very specific by including the format of the information, approximate number of pages, and why this information cannot be made available in electronic format):

In Case No. 00-CV-722 (JMR/FLN) and by Order of the Court Dated June 14, 2004, the Court ordered my client, Great Graphx.com to file its corporate books and records with the Clerk of Court.

Log on to ECF at https://ecf.mnd.uscourts.gov
File the document under the Other Documents menu option.
Select "Application to File Conventionally" event.

Form Modified 05/14/04

My client has provided the information to me on a super disk and it is 34MB in size, well over the ECF filing limit of 2MB. Upon information and belief, the books and records have previously been provided to Plaintiff's counsel. The books and records are a Quick Book Primary Data File and could amount to over 1000 pages of information that would have to be scanned in PDF and in groups of pages in order to E-file the corporate books and records. Consequently, Great Graphx.com requests permission to file its corporate books and records conventionally.

Dated: November 16, 2004

s/ Paige M. Fitzgerald
Paige M. Fitzgerald (Atty. Reg. No. 0303082)
Stephenson & Sanford P.L.C.
1905 E. Wayzata Blvd. Suite 220
Wayzata, MN 55391
952-404-2100

ATTORNEYS FOR RESPONDENTS

Log on to ECF at https://ecf.mnd.uscourts.gov
File the document under the Other Documents menu option.
Select "Application to File Conventionally" event.