UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Clarinda Color, LLC,

Plaintiff,

v.

Civil Action No. 00-CV-722 JMR/FLN

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendants.

v.

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents.

**CERTIFICATE OF SERVICE**

I certify that on November 17, 2004, I caused the Application to File Documents Conventionally to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Michael Bruce Chase | mikebchase@aol.com |
| J Michael Dady | jmdady@dadygarner.com,<br>sekennedy@dadygarner.com;<br>aneumiller@dadygarner.com |
| Neal H. Levin | nhlevin@freebornpeters.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

| | | |
|---|---|---|
| Jennifer M. Berquist<br>401 M. 3rd Street., Ste 590<br>Minneapolis, MN 55401 | Todd L. Gurstel<br>401 M. 3rd Street., Ste 590<br>Minneapolis, MN 55401 | Jennifer Tescon<br>Office of the Monitor<br>46 Fourth Street East<br>Suite 1201<br>St. Paul, MN 55101 |

Dated: November 17, 2004

s/ Paige M. Fitzgerald
Atty Reg. No. 0303082