UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Clarinda Color, LLC,

Plaintiff,

v.

Civil Action No. 00-CV-722 JMR/FLN

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendants.

v.

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents.

**CERTIFICATE OF SERVICE**

I certify that on November 17, 2004, I caused the Memorandum of Law in Opposition to Plaintiff's Motion to Re-Examine Respondents to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Michael Bruce Chase | mikebchase@aol.com |
| J Michael Dady | jmdady@dadygarner.com,<br>sekennedy@dadygarner.com;<br>aneumiller@dadygarner.com |
| Neal H. Levin | nhlevin@freebornpeters.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Jennifer M. Berquist
401 M. 3rd Street., Ste 590
Minneapolis, MN 55401

Todd L. Gurstel
401 M. 3rd Street., Ste 590
Minneapolis, MN 55401

Jennifer Tescon
Office of the Monitor
46 Fourth Street East
Suite 1201
St. Paul, MN 55101

Dated: November 17, 2004

s/ Paige M. Fitzgerald
Atty Reg. No. 0303082