UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No: 0:00-cv-722

Clarinda Color LLC,

Plaintiff,

v.

BW Acquisition Corporation,
Beowulf Ltd., and Brian Nelson,

Defendants.

v.

Wulf Management
Corporation, Mark Nelson
And GreatGraphx.Com, Inc.

Third-Party Respondents.

**MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO RE-EXAMINE BRIAN NELSON**

Defendants BW Acquisition Corporation, Brian Nelson, and Third-Party Respondent Wulf Management Corporation hereby submit their Memorandum of Law in Opposition to the Motion of Plaintiff to Re-Examine Brian Nelson in Aid of Enforcement of its Judgments. Specifically, Respondents object to the over-reaching inquiry into Mr. Nelson's personal assets. Plaintiff is not entitled to execute against the assets of Brian Nelson given the lack of any finding by this Court that he personally received any of the assets, or proceeds thereof, subject to Plaintiff's judgment and it has no judgment against him.

Rather than burden the Court with repetitious material, Defendants BW

PDF created with pdfFactory trial version www.pdffactory.com

Acquisition Corporation, Brian Nelson, and Third-Party Respondent Wulf Management Corporation hereby accept and incorporate by reference the Memorandum of Law filed by GreatGraphx.Com, Inc. and Mark Nelson (Document Number 138), and the arguments asserted therein.

Dated: November 18, 2004

s/Michael B. Chase
Michael B. Chase, Bar Number 134120
Attorney for Defendants
And Third-Party Respondents
2102 U.S. Bank Center
101 East Fifth Street
St. Paul, MN 55101
Telephone: (651) 225-8656
Fax: (651) 225-8709



PDF created with pdfFactory trial version www.pdffactory.com