**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Court File No: 0:00-cv-722

Clarinda Color LLC,

Plaintiff,

v.

BW Acquisition Corporation,
Beowulf Ltd., and Brian Nelson,

Defendants.

v.

Wulf Management
Corporation, Mark Nelson
And GreatGraphx.Com, Inc.

Third-Party Respondents.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2004, I caused the following document:

Memorandum of Law in Opposition to Plaintiff's Motion to Re-Examine Brian Nelson

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Neal H. Levin, E-mail Address: nhlevin@freebornpeters.com

Valdis A. Silins, E-mail Address: vals@stephenson-sanford.com

Paige M. Fitzgerald, E-mail Address: paige@stephenson-sanford.com

I further certify that I caused a courtesy copy of the foregoing document to be mailed by first class mail, postage paid, to:

Magistrate Judge Noel
U.S. District Court
District of Minnesota
U.S. Courthouse
300 South Fourth Street

PDF created with pdfFactory trial version www.pdffactory.com

Minneapolis, MN 55415

And

Todd L. Gurstel
Gurstel Law Office
401 N. 3rd Street, Suite 590
Minneapolis, MN 55401-1429

Dated: November 18, 2004

s/Michael B. Chase
Michael B. Chase, Bar Number 134120
Attorney for Defendants
2102 U.S. Bank Center
101 East Fifth Street
St. Paul, MN 55101
Telephone: (651) 225-8656
Fax: (651) 225-8709



PDF created with pdfFactory trial version www.pdffactory.com