UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CLARINDA COLOR LLC,

Plaintiff,

v.

BW ACQUISITION CORP.,
BEOWULF LTD., and BRIAN NELSON,

Defendants,

v.

WULF MANAGEMENT CORP., MARK NELSON, and GREAT GRAPHX.COM,

Third-Party Respondents.

Civil File No. 00-722 (JMR/FLN)

**ORDER**

This matter is before the Court on the application of Third-Party Respondent Great Graphx.com for permission to file certain documents conventionally, rather than electronically. (Docket No. 137.) Great Graphx.com indicates that it intends to file its "corporate books and records," pursuant to a prior order of the Court dated June 14, 2004. In support of its request to file conventionally, Great Graphx.com represents that "[t]he books and records are a Quick Book Primary Data File and could amount to over 1000 pages of information." Great Graphx.com further represents that such materials cannot be easily "scanned in PDF."

The Court finds that it would impose a significant burden upon Great Graphx.com if it were required to file the books and records described in its application by electronic means. The Court further finds that, with regard to those particular documents, Great Graphx.com has shown good cause to be excused from the electronic filing requirements

prescribed by the Electronic Case Filing Procedures For The District Of Minnesota.

Great Graphx.com's Application to File Documents Conventionally, (Docket No. 137), will therefore be, and is hereby, **GRANTED**.

Dated: November 19 , 2004

*s/ Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge