UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Clarinda Color, LLC,

Plaintiff,

BW Acquisition Corporation, Beowulf Ltd., and Brian Nelson,

Defendants.

v.

Wulf Management Corporation, Mark Nelson and Great Graphx.com, Inc.

Third Party Respondents.

---

Civil No. 00-722 JMR/FLN

Honorable James Rosenbaum
Chief U.S. District Court Judge

Honorable Franklin Noel
Magistrate Judge

**CERTIFICATE OF SERVICE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN)

Todd L. Gurstel, being duly sworn, attests that on the 19th day of November, 2004, he caused a copy of Plaintiff's Joint Reply to Mark Nelson and Great Graphx.com, Inc.'s and BW Acquisition Corporation, Brian Nelson and Wulf Management Corporation's Memoranda of Law in Opposition to Plaintiff's Motion to Re-Examine Brian Nelson and Mark Nelson in Aid of Enforcement of its Judgments and for Other Relief and proposed Order to be mailed by first class mail, postage paid, to:

Michael B. Chase, Esq.
2101 Firstar Center
101 East Fifth Street
St. Paul, Minnesota 55101

and

Paige M. Fitzgerald
Valdis A. Silins, Esq.
Stephenson & Sandford, P.L.C.
1905 E. Wayzata Boulevard, Suite 220
Wayzata, Minnesota 55391

Todd L. Gurstel

Subscribed and sworn to before me this 19 day of November, 2004.

Notary Public

ANDREE A. HOLIEN
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005

SCANNED
NOV 22 2004
U.S. DISTRICT COURT MPLS