AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

Clarinda Color

V.

BW Acquisition Corp., Beowulf Ltd.
v. Wulf Management, et al.

## NOTICE

CASE Civil 00-722 JMR/FLN

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. Courthouse, 300 So. 4th Street<br>Minneapolis, Mn 55415 | Courtroom 9W<br>DATE AND TIME<br>December 13, 2004 at 9:00 a.m. |

TYPE OF PROCEEDING

Hearing on Plaintiff's motion to re-examine Brian Nelson and Mark Nelson in aid of enforcement of its judgments [#130]

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

Franklin L. Noel
United States Magistrate Judge

December 1, 2004
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: Todd L. Gurstel, Esq. & Jennifer M. Berquist, Esq.
Gurstell Law Office

Neal H. Levin, Esq.
Freeborn & Peters

Paige M. Fitzgerald, Esq.
Stephenson & Sanford
Michael B. Chase, Esq.
Chase Law Office