# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

Clarinda Color,
Plaintiff(s),
v.

BW Acquisition, Beowulf, Brian Nelson, Mark Nelson, Respondent: Wulf Management et al. ,
Defendant(s).

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 00-0722 JMR/FLN |
| Date: | December 13, 2004 |
| Tape Number: | 01- 810 |
| Time Commenced: | 9:15 |
| Time Concluded: | 9:40 |
| Time in Court: | 25 Minutes |

APPEARANCES:

For Plaintiff: Todd Gurstel and Neal Levin
For Defendant: Michael Chase for Defendants Brian Nelson, BW Acquisition, and Wulf Management
Paige Fitzgerald for Defendants Great Graphx and Mark Nelson

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Plaintiff's Motion to re-examine Brian Nelson and Mark Nelson in aid or enforcement of its judgments and for other relief [#130] is GRANTED as of December 13, 2004.

Motion by Michael Chase, counsel for Defendants, to withdraw [#132], GRANTED as of December 13, 2004.

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Beatriz Menanteau
Signature of Law Clerk