UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarinda Color LLC,

Plaintiff,

v.

BW Acquisition Corporation, et al.,

Defendants.

Civil No. 00-722 JMR/FAN

**ORDER**

---

Neal Levin (by telephone - no appearance) and Todd Gurstel, for Plaintiff.
Michael B. Chase for Defendants Brian Nelson, BW Acquisition Corp., and Wulf Management.
Paige Fitzgerald for Defendants Great Graphx and Mark Nelson..

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on December 13, 2004, on a Motion by Michael B. Chase, counsel for Defendants, to Withdraw [#132].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Michael B. Chase's Motion to Withdraw [#132] is **GRANTED**. Michael B. Chase is permitted to withdraw from representation of Defendants BW Acquisition Corporation and Brian Nelson, and Third-Party Respondents Wulf Management Corporation, conditioned upon counsel providing the Court with an address and telephone number for each client.

DATED: December 16, 2004

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge