UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No: 0:00-cv-722

Clarinda Color LLC,

Plaintiff,

v.

BW Acquisition Corporation,
Beowulf Ltd., and Brian Nelson,

Defendants.

v.

Wulf Management
Corporation, Mark Nelson
And GreatGraphx.Com, Inc.

Third-Party Respondents.

**DEFENDANTS RESPONSE TO COURT ORDER (DOC. # 144)**

Pursuant to Court Order (Document Number 144) granting the withdrawal of Michael B. Chase as counsel for Defendants Brian Nelson, BW Acquisition Corporation and Third-Party Respondent Wulf Management Corporation, the address and telephone number for each client is as follows:

Brian Nelson
2400 Bryant Avenue South
Minneapolis, MN 55405
Telephone: 612-374-2850

Wulf Management Corporation
c/o Brian Nelson
2400 Bryant Avenue South
Minneapolis, MN 55405
Telephone: 612-374-2850

BW Acquisition Corporation
c/o Brian Nelson
2400 Bryant Avenue South
Minneapolis, MN 55405
Telephone: 612-374-2850

PDF created with pdfFactory trial version www.pdffactory.com

Dated: December 17, 2004

s/Michael B. Chase
Michael B. Chase, Bar Number 134120
2102 U.S. Bank Center
101 East Fifth Street
St. Paul, MN 55101
Telephone: (651) 225-8656
Fax: (651) 225-8709



PDF created with pdfFactory trial version www.pdffactory.com