# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Clarinda Color, LLC

**APPLICATION TO WITHDRAW AS COUNSEL OF RECORD**

Plaintiff(s)

Civil Action No. 00-CV-722JMR/FLN

v.

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendant(s)

v.

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents

---

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Jennifer Rosario (previously known as Jennifer Tecson), currently listed as counsel of record for Clarinda Color, LLC, wishes to withdraw as counsel for Clarinda Color, LLC in this case for the following reason(s):

Jennifer Tecson Rosario represented Clarinda Color, LLC in 2002 as an associate with the law firm of Dady & Garner, P.A. Ms. Rosario's employment with Dady & Garner, P.A. ended in August of 2002.

Dated: 12/16/2004

Jennifer Tecson Rosario
Jennifer Tecson Rosario
Staff Attorney
Office of the Monitor

SCANNED
DEC 21 2004
U.S. DISTRICT COURT ST. PAUL

**Office of the Monitor**
*Pigford v. Veneman (D.D.C.)*
*Brewington v. Veneman (D.D.C.)*

340 Cedar Street, Suite 1000
Saint Paul, Minnesota 55101

Phone: 651-229-0991
Fax: 651-229-0992

RECEIVED
BY MAIL
DEC 21 2004
CLERK, US DIST. COURT
ST. PAUL, MN

December 17, 2004

United States District Court
Clerk of Courts
700 Federal Building
316 N. Robert Street
Saint Paul, MN 55101

RE: Civil Action No. 00-CV-722 JMR/FLN

Dear Clerk of Courts:

Please remove me from the service list for the above entitled case. Enclosed is my Application to Withdraw as Counsel.

Sincerely,

Jennifer Tecson Rosario

Jennifer Tecson Rosario
Staff Attorney
Email: jmr@pigfordmonitor.org

Cc:
J. Michael Dady
Dady & Garner, P.A.
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Neil H. Levin
Freeborn & Peters, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Jennifer M. Berquist
Todd L. Gurstel
Gurstel Law Office
401 N. 3rd Street, Suite 590
Minneapolis, MN 55401

Michael Bruce Chase
Chase Law Office
101 5th Street E Ste 2102
St. Paul, MN 55101