UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarinda Color LLC

v. 00-CV-722 (JMR/FLN)

BW Acquisition Corporation,
Beowulf Ltd. and Brian Nelson

Clarinda Color LLC

v. 04-CV-4917 (JRT/FLN)

Brian Nelson and Mark Nelson

ORDER FOR REASSIGNMENT OF RELATED CASES

Case No. 00-CV-722, having been assigned to the Honorable James M. Rosenbaum, Chief United States District Judge, and Case No. 04-CV-4917, having later been assigned to the Honorable John R. Tunheim, United States District Judge, and said matters being related cases, IT IS ORDERED that:

1. Case No. 04-CV-4917 be assigned to the Honorable James M. Rosenbaum, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court shall void and reuse a card on the same list, pursuant to this Court's Assignment of Cases Order dated February 10, 2003.

2. A copy of this Order shall be filed in each case.

Dated: December 23 , 2004

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge

Dated: December 27,2004

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge