UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarinda Color LLC,

Plaintiff,

v.

BW Acquisition Corporation, et al.,

Defendants.

Civil No. 00-722 JMR/FAN

**ORDER**

---

Neal Levin (by telephone - no appearance) and Todd Gurstel, for Plaintiff.
Michael B. Chase for Defendants Brian Nelson, BW Acquisition Corp., and Wulf Managment.
Paige Fitzgerald for Defendants Great Graphx and Mark Nelson..

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on December 13, 2004, on Plaintiff's Motion to Re-Examine Brian Nelson and Mark Nelson in Aid of Enforcement of its Judgements and for Other Relief [#130].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff Clarinda Color's Motion to Re-Examine Brian and Mark Nelson in Aid of Enforcement of its Judgment and for Other Relief [#130] is **GRANTED**;

2. The depositions of Brian Nelson and Mark Nelson shall take place at the offices of the Gurstel Law Firm, P.A., 401 N. Third Street, Suite 590, Minneapolis, Minnesota 55401 at a date and time to be arranged by the parties; and

3. Brian Nelson and Mark Nelson shall each produce all documents requested in Schedule A to the Notice of Deposition by December 27, 2004 to Neal H. Levin, Freeborn & Peters LLP, 311 S. Wacker Drive, Suite 3000, Chicago, IL 60606.

DATED: December 16, 2004

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge