UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Clarinda Color, LLC,

Plaintiff,

Civil Action No. 00-CV-722 JMR/FLN

v.

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendants.

v.

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents.

**MOTION TO WITHDRAW FROM REPRESENTATION OF GREAT GRAPHX.COM, INC. AND MARK NELSON**

Paige M. Fitzgerald moves this Court for good cause shown pursuant to Rule 83.7 of the Local Rules of the United States District Court for the District of Minnesota for an order allowing her to withdraw from representing Third-Party Respondents Great Graphx.com, Inc. and Mark Nelson.

The above Motion is based upon all the files, records, and proceedings herein, Memorandum of Law, the Affidavit of Paige M. Fitzgerald as well as any other authorities and arguments as may be presented to the Court.

Date: February 7, 2005

s/Paige M. Fitzgerald
Paige M. Fitzgerald (0303082)
Stephenson & Sanford, P.L.C.
Attorneys for GGX and M. Nelson
1905 East Wayzata Blvd., Suite 220
Wayzata, MN 55391
(952) 404-2100 phone