UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Clarinda Color, LLC,

Plaintiff,

v.

Civil Action No. 00-CV-722 JMR/FLN

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendants.

v.

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents.

---

**CERTIFICATE OF SERVICE**

I certify that on February 8, 2005, I caused the following documents:

Notice of Motion to Withdraw from Representation of Great Graphx.com, Inc. and Mark Nelson, Motion to Withdraw from Representation of Great Graphx.com, Inc. and Mark Nelson, Memorandum of Law in Support of Motion to Withdraw as Counsel for Great Graphx.com, Inc. and Mark Nelson, Affidavit of Paige M. Fitzgerald in Support of Motion to Withdraw as Counsel for Great Graphx.com, Inc. and Mark Nelson, Consent to Withdrawal and (Proposed) Order Granting Motion

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| J Michael Dady | jmdady@dadygarner.com,<br>sekennedy@dadygarner.com;<br>aneumiller@dadygarner.com |
| Neal H. Levin | nhlevin@freebornpeters.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Jennifer M. Berquist
Todd L. Gurstel
401 M. 3rd Street., Ste 590
Minneapolis, MN 55401

Jennifer Tecson
Office of the Monitor
46 4th ST E., Suite 1201
St. Paul, MN 55101

Mark Nelson
9555 James Avenue South 218
Bloomington, MN 55431

Brian R. Nelson
2400 Bryant Avenue South
Minneapolis, Minnesota 55405

Dated: February 8, 2005

s/ Paige M. Fitzgerald
Paige M. Fitzgerald (0303082)
Stephenson & Sanford, P.L.C.
Attorneys for GGX and M. Nelson
Suite 220
1905 East Wayzata Blvd.
Wayzata, MN 55391
(952) 404-2100 phone
(952) 404-2111 fax