UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Clarinda Color, LLC,

Plaintiff,

Civil Action No. 00-CV-722 JMR/FLN

v.

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendants.

v.

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents.

---

**NOTICE OF MOTION TO WITHDRAW FROM REPRESENTATION OF GREAT GRAPHX.COM, INC. AND MARK NELSON**

Please take notice that a Motion to Withdraw from Representation of Third-Party Respondents Great Graphx.Com, Inc. and Mark Nelson is scheduled to be heard on February 28, 2005 at 9:30 before the Honorable Magistrate Noel, United States Magistrate Judge, at the U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

Date: February 7, 2005

s/Paige M. Fitzgerald
Paige M. Fitzgerald (0303082)
Stephenson & Sanford, P.L.C.
Attorneys for GGX and M. Nelson
Suite 220
1905 East Wayzata Blvd.
Wayzata, MN 55391
(952) 404-2100 phone
(952) 404-2111 fax