UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Clarinda Color, LLC,

Plaintiff,

Civil Action No. 00-CV-722 JMR/FLN

v.

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendants.

v.

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents.

---

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW FROM REPRESENTATION OF GREAT GRAPHX.COM, INC. AND MARK NELSON**

Pursuant to Local Rule 83.7, Paige M. Fitzgerald ("Counsel") asks that she be permitted to withdraw as counsel for Third-Party Respondents Great Graphx.Com, Inc. and Mark Nelson (respectively "GGX" and "M. Nelson"). The reasons for withdrawal are as follows: 1) the Plaintiff has initiated a related action Court File No. -CV-4917 ("Related Matter") naming personally M. Nelson for which Stephenson & Sanford, P.L.C. will not be providing representation to M. Nelson; 2) this matter is a closed file and any proceedings from this point forward will likely be related to post judgment collections only; and 3) Stephenson & Sanford, P.L.C., GGX and M. Nelson agree that counsel's services in this matter should be terminated and representation should cease.

Counsel was hired to assist GGX and M. Nelson in seeking clarification that the

judgment rendered in the above matter did not result in the personal liability of GGX and M. Nelson for the full amount of the judgment Plaintiff has against other parties in the lawsuit. Stephenson & Sanford, P.L.C. made attempts to seek relief from the Court.

Plaintiff has now initiated another action Court File No. 04-CV-4917 ("Related Matter") naming personally M. Nelson, rendering moot counsel's further attempts to clarify that the Court's judgment in this matter does not result in the personal liability of M. Nelson. That issue will now be fully litigated in the Related Matter. Affiant and M. Nelson have agreed that Stephenson & Sanford, P.L.C. will *not* provide representation to M. Nelson in that Related Matter.

This matter is now a closed file. The claims against M. Nelson were dismissed and Plaintiff is now proceeding with post-judgment discovery. Any further proceedings will likely be post-judgment collections only so they will not be prejudiced in this matter by the withdrawal of counsel.

Counsel, GGX and M. Nelson agree that Counsel's services in this matter should be terminated and no longer continue. GGX and M. Nelson have signed a consent to Counsel's withdrawal. M. Nelson wishes to use any available funds to defend the Related Matter, for which Stephenson & Sanford, P.L.C. will not provide representation.

**CONCLUSION**

For the foregoing reasons amounting to good cause shown and because withdrawal will not prejudice the parties or the Court, Counsel respectfully requests this Court grant her motion to withdraw from representation of GGX and M. Nelson.

Date: February 7, 2005

s/Paige M. Fitzgerald
Paige M. Fitzgerald (0303082)
Stephenson & Sanford, P.L.C.

Attorneys for GGX and M. Nelson
Suite 220
1905 East Wayzata Blvd.
Wayzata, MN 55391
(952) 404-2100 phone
(952) 404-2111 fax