UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Clarinda Color, LLC,

Plaintiff,

Civil Action No. 00-CV-722 JMR/FLN

v.

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendants.

v.

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents.

**AFFIDAVIT OF PAIGE M. FITZGERALD IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR GREAT GRAPHX.COM, INC. AND MARK NELSON**

COUNTY OF HENNEPIN )
)ss.
STATE OF MINNESOTA )

Paige M. Fitzgerald, duly sworn under oath deposes and states as follows:

1. I am the attorney representing Third-Party Respondents Great Graphx.Com, Inc. and Mark Nelson (respectively "GGX" and "M. Nelson") in the above-captioned action. I submit this Affidavit in support of my motion to withdraw from representation of Third-Party Respondents.

2. On August 12, 2004, Valdis Silins caused to be filed in this matter a substitution of counsel, whereby Validis Silins of Stephenson & Sanford, P.L.C. was substituted as the

attorney of record for GGX and M. Nelson. Stephenson & Sanford, P.L.C. entered into a representation agreement with GGX and M. Nelson.

3. Pursuant to that agreement Stephenson & Sanford, P.L.C. agreed to assist GGX and M. Nelson in clarifying that the judgment rendered in the above matter did not result in the personal liability of GGX and M. Nelson for the full amount of the judgment Plaintiff has against other parties in the lawsuit. Plaintiff does not have a judgment against M. Nelson.

4. Stephenson & Sanford, P.L.C. made attempts to seek relief from the Court.

5. Plaintiff has now initiated another action Court File No. 04-CV-4917 ("Related Matter") naming personally M. Nelson, rendering moot counsel's further attempts to clarify that the Court's judgment in this matter does not result in the personal liability of M. Nelson. That issue will now be fully litigated in the Related Matter. Affiant and M. Nelson have agreed that Stephenson & Sanford, P.L.C. will *not* provide representation to M. Nelson in that Related Matter.

6. This matter is currently a closed file. The claims against M. Nelson were dismissed and Plaintiff is proceeding with post-judgment discovery. Any further proceedings will likely be post-judgment collections only so they will not be prejudiced in this matter by the withdrawal of counsel. Affiant, GGX and M. Nelson agree that Affiant's services in this matter should be terminated and no longer continue and that M. Nelson wishes to use any available funds to defend the Related Matter, for which Stephenson & Sanford, P.L.C. will not provide

representation.

7. GGX and M. Nelson have signed a consent to my withdrawal.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Date: February 7, 2005

s/Paige M. Fitzgerald
Paige M. Fitzgerald (0303082)
Stephenson & Sanford, P.L.C.
Attorneys for GGX and M. Nelson
Suite 220
1905 East Wayzata Blvd.
Wayzata, MN 55391
(952) 404-2100 phone
(952) 404-2111 fax

Subscribed and sworn to before me
this 7th day of February, 2005.

s/Rebecca Blake
Rebecca Blake, Notary Public
My commission expires January 31, 2010.