UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Clarinda Color, LLC,

Plaintiff,

Civil Action No. 00-CV-722 JMR/FLN

v.

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendants.

**CONSENT TO WITHDRAWAL OF COUNSEL**

v.

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents.

---

Mark Nelson hereby consents to the withdrawal of Paige M. Fitzgerald as counsel for himself and Great Graphx.Com, Inc.

Further correspondence should be forwarded to Mark Nelson as the following location:

Mark Nelson
8300 278th Street
Elko/New Market, MN 55020
(952) 888-6200

Dated: February 6, 2005

s/Mark Nelson
Mark Nelson

Dated: February 6, 2005

s/Mark Nelson
Mark Nelson
On behalf of Great Graphx.Com, Inc.