# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Clarinda Color, LLC,
Plaintiff,
v.

BW Acquisition Corp.; et al.,

Mark Nelson and Great Graphx.com, Inc., Third-Party Respondents,
Defendants.

## COURT MINUTES
BEFORE: Franklin L. Noel
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 00-722 (JMR/FLN) |
| Date: | February 28, 2005 |
| Tape Number: | 01-184 |
| Time Commenced: | 9:30 |
| Time Concluded: | 9:35 |
| Time in Court: | 5 Minutes |

APPEARANCES:

For Plaintiff: Todd Gurstel
For Defendants Mark Nelson and Great Graphx.com, Inc.: Paige Fitzgerald

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Motion to withdraw as counsel for Nelson and Great Graphx [#149] taken under advisement as of February 28, 2005.

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Amber S. Lee
Signature of Law Clerk