UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Clarinda Color, LLC,

Plaintiff,

Civil Action No. 00-CV-722 JMR/FLN

v.

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendants.

**NOTICE OF WITHDRAWAL**

v.

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents.

---

NOTICE IS HEREBY GIVEN that Stephenson & Sanford, P.L.C., pursuant to the Court's permission, have withdrawn as counsel of record for Graphx.com, Inc. and Mark Nelson in the above-entitled matter.

The contact information for Graphx.com, Inc. and Mark Nelson is as follows:

Mark Nelson
8300 278th Street
Elko/New Market, MN 55020
(952) 888-6200

Dated: March 1, 2005

STEPHENSON & SANFORD, P.L.C.

s/ Paige M. Fitzgerald

Paige M. Fitzgerald (#0303082)
Valdis A. Silins (#12221X)
Suite 220
1905 East Wayzata Boulevard
Wayzata, Minnesota 55391
952-404-2100