UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Clarinda Color, LLC,

Plaintiff,

Civil Action No. 00-CV-722 JMR/FLN

v.

BW Acquisition Corporation
Beowulf LTD., and Brian Nelson,

Defendants.

**CERTIFICATE OF SERVICE**

v.

Wulf Management Corporation
Mark Nelson and Great
Graphx.com, Inc.

Third-Party Respondents.

I certify that on March 1, 2005, I caused the following documents:

Notice of Withdraw to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| J Michael Dady | jmdady@dadygarner.com, sekennedy@dadygarner.com; aneumiller@dadygarner.com |
| Neal H. Levin | nhlevin@freebornpeters.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Jennifer M. Berquist
Todd L. Gurstel
401 M. 3rd Street., Ste 590
Minneapolis, MN 55401

Mark Nelson
8300 278th Street
Elko/New Market, MN 55020

Great Graphx.com
C/O Mark Nelson
8300 278th Street
Elko/New Market, MN 55020

BW Acquisition Corporation, Beowulf LTD
and Wulf Management Corporation
C/O Brian R. Nelson
2400 Bryant Avenue South
Minneapolis, Minnesota 55405

Dated: March 1, 2005

s/ Paige M. Fitzgerald

Paige M. Fitzgerald (0303082)
Stephenson & Sanford, P.L.C.
Attorneys for GGX and M. Nelson
Suite 220
1905 East Wayzata Blvd.
Wayzata, MN 55391
(952) 404-2100 phone
(952) 404-2111 fax