UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clarinda Color, LLC, Civil No. 00-722 (JMR/FLN)

Plaintiff,

v. **ORDER**

BW Acquisition Corporation, et al.

Defendants,

v.

Wulf Management Corporation,
Mark Nelson, and Great Graphx.com, Inc.,

Third-Party Respondents.

---

Todd Gurstel, for Plaintiff.
Paige Fitzgerald, for Third-Party Respondents Mark Nelson and Great Graphx.com, Inc.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on February 28, 2005, on the Motion to Withdraw as Attorney for Third-Party Respondents Mark Nelson and Great Graphx.com, Inc. [#149].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Counsel's Motion to Withdraw is **GRANTED** on the condition that Counsel

1) Notifies the Court of her clients' names, addresses and telephone numbers; and

2) Notifies Great Graphx.com, Inc., that corporations cannot proceed in litigation *pro se*. See 28 U.S.C. § 1654; United States v. Van Stelton, 988 F.2d 70, 70 (8th Cir.,1993) (per curiam); Simitar Entertainment, Inc. v. Silva Entertainment, 44 F.Supp.2d 986, 990 (D.Minn.,1999). If no Notice of Appearance of substitute counsel is filed, the Court will entertain a Motion for Entry of Default Judgment against Great Graphx.com, Inc., and the case will proceed against Mark Nelson individually.

DATED: March 2, 2005

s/ *Franklin L. Noel*
United States Magistrate Judge