**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| **CLARINDA COLOR LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil No. 00-722 JMR/FLN** |
| | ) | |
| **BW ACQUISITION CORPORATION, BEOWULF LTD., and BRIAN NELSON,** | ) | **Honorable James Rosenbaum Chief U.S. District Judge** |
| | ) | |
| **Defendants,** | ) | **Honorable Franklin Noel Magistrate Judge** |
| **v.** | ) | |
| | ) | |
| **WULF MANAGEMENT CORPORATION, MARK NELSON, and GREAT GRAPHX.COM, INC.,** | ) | |
| | ) | |
| **Third-Party Respondents.** | ) | |
| | ) | |

**ORDER ON MOTION FOR CONTEMPT AS TO BRIAN AND MARK NELSON**

This matter coming before the Court on Plaintiff Clarinda Color's Motion for Contempt as to Brian Nelson and Mark Nelson, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. Plaintiff Clarinda Color's Motion for Contempt as to Brian Nelson and Mark Nelson is granted/denied;

2. Brian Nelson and Mark Nelson are hereby held in civil contempt for violating this Court's June 14, 2004 Order for transferring the assets of Great Graphx.com, Inc. to Video Division Inc.;

3. Brian Nelson or Mark Nelson or both are ordered to pay to the attorneys for Clarinda Color an aggregate amount of $5,441.48 to Clarinda Color within _____ days herewith;

4. Brian Nelson or Mark Nelson or both are ordered to pay to the attorneys for Clarinda Color $_________________ as sanctions for their contemptuous conduct, as more fully set forth on the record, within ______ days herewith.

5. Clarinda Color LLC is hereby awarded costs and fees in the amount of $________________ incurred as a result of the contemptuous conduct of Brian Nelson and Mark Nelson as set forth on the record, said amount to be paid to the attorneys for Clarinda Color within ______ days herewith.

Dated: __________

By: __________________________
Judge

*Order Prepared by:*

Neal H. Levin, Esq.
Admitted *pro hac vice*
Freeborn and Peters, LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
(312)360-6000
IL Attorney No. 6203156

Todd L. Gurstel, Esq.
The Gurstel Law Firm, P.A.
401 North Third Street, Suite 590
Minneapolis, Minnesota 55401
612/664-8200
Local Counsel