**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| **CLARINDA COLOR LLC,**<br><br>**Plaintiff,**<br>**v.**<br><br>**BW ACQUISITION CORPORATION, BEOWULF LTD. and BRIAN NELSON,**<br><br>**Defendants.**<br>**v.**<br><br>**WULF MANAGEMENT CORPORATION, MARK NELSON and GREAT GRAPHX.COM, INC.,**<br><br>**Third-Party Respondents.** | **Civil No. 00-722 JMR/FLN**<br><br>**NOTICE OF MOTION FOR CONTEMPT AS TO BRIAN NELSON AND MARK NELSON** |

Please take notice that on April 8, 2005, at the hour of 11:00 a.m., I shall appear before the Honorable Judge Rosenbaum, at the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, and will then and there present the attached ***Motion for Contempt as to Brian Nelson and Mark Nelson, Memorandum of Law in Support of the Motion for Contempt as to Brian Nelson and Mark Nelson and Affidavit of Neal H. Levin,*** at which time you may appear to be heard.

CLARINDA COLOR LLC,

By: ________/S/ Neal H. Levin__________
One of its Attorneys

Neal H. Levin, Esq.
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
312/360-6000
Illinois Attorney No. 6203156
Admitted *Pro Hac Vice*

Todd Gurstel, Esq. (#185619)
The Gurstel Law Firm, P.A.
401 North Third Street, Suite 590
Minneapolis, MN 55401
(612) 664-8200

## CERTIFICATE OF SERVICE

I, Neal H. Levin, an attorney, do hereby certify that I served the attached ***Notice of Motion for Contempt as to Brian Nelson and Mark Nelson*** on the persons stated in the Service List, via electronic mail and regular U.S. Mail where indicated, proper postage pre-paid, from the offices at 311 S. Wacker Drive, Suite 3000, Chicago, IL 60606, on this, the 25th day of March, 2005.

/S/ Neal H. Levin
Neal H. Levin

## SERVICE LIST

Paige M. Fitzgerald
Valdis A. Silins
Stephenson & Sanford
1905 East Wayzata Blvd #220
Wayzata, MN 55391
Electronic Mail: PaigeF@Stephonson-Sanford.com

Brian Nelson
2400 Bryant Ave. S.
Minneapolis, MN 55405
Electronic Mail: dnelson27@mn.rr.com
**Via Regular U.S. Mail**

Mark Nelson
8300 278th St.
Elko/New Market, MN 55020-9409
Electronic Mail: dnelson27@mn.rr.com
**Via Regular U.S. Mail**

Todd L. Gurstel
401 North Third Street, Suite 590
Minneapolis, MN 55401
Electronic Mail: tgurstel@gurstel.com