UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-722 (JMR/FLN)

| | | |
|---|---|---|
| Clarinda Color LLC | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Brian Nelson, et al. | ) | |

The Court has been advised by counsel that the above-entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice, the Court retaining jurisdiction for sixty days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 20, 2005

s/James M. Rosenbaum
James M. Rosenbaum
United States Chief District Judge