FAXED

Freeborn & Peters LLP

April 29, 2005

**VIA FACSIMILE**

Honorable Chief Judge James Rosenbaum
Magistrate Judge Franklin Noel
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
(612) 664-5117

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312.360.6000

Neal H. Levin
Partner
Direct 312.360.6530
Fax 312.360.6573
nhlevin
@freebornpeters.com

*Chicago*

*Springfield*

**Re:** ***Clarinda Color LLC v. BW Acquisition, et al.***
**00-CV-722, U.S. District Court, District of Minnesota**
***Clarinda Color, LLC v. Brian Nelson, et al.***
**04-CV-4917, U.S. District Court, District of Minnesota**

Dear Chief Judge Rosenbaum and Magistrate Judge Noel:

Although the terms have changed significantly since my last indication to you both that this matter has settled, I can now report that the matter has in fact settled. However, the terms of the settlement are such that: 1) only the claims against the Nelsons and their array of entities are settled; and 2) the Court is being asked to retain jurisdiction for purposes of enforcing the settlement agreement, which has a term of one year from today's date. All claims against ACRO and its principals in the matter of *Clarinda Color v. Brian Nelson, et al.* are surviving the settlement with the Nelsons and their entities. Although by the terms of the Settlement Agreement, the more specific terms of the settlement with the Nelsons are to remain confidential, I would certainly submit a copy under seal to the Court if it is the Court's desire.

Accordingly, I am asking that the evidentiary hearing on our Motion for Contempt set in the matter of *Clarinda Color v. BW Acquisition, et al.* for this Tuesday, May 3, 2005, be adjourned subject to satisfaction of the terms of the settlement agreement. Further, I am asking that the matter otherwise be closed subject to reinstatement (this matter is in post-judgment proceedings and as such, I do not believe that it would be "dismissed" *per se*). Finally, the matter of *Clarinda Color v. Brian Nelson, et al.* should remain open. With the filing of the Amended Complaint on April 5, 2005, and service upon ACRO shortly thereafter, we anticipate a responsive pleading from ACRO in the near future.

Thank you for your attention to the foregoing, and I remain,

Very Truly Yours,
FREEBORN & PETERS, LLP

By: Neal H. Levin

NHL/scz
cc: Brian Nelson (dnelson27@mn.rr.com)
Mark Nelson (dnelson27@mn.rr.com)

SCANNED
JUL 21 2005
U.S. DISTRICT COURT MPLS