UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| **CLARINDA COLOR LLC,**<br>**Plaintiff,**<br>**v.**<br>**BW ACQUISITION CORPORATION, BEOWULF LTD., and BRIAN NELSON,**<br>**Defendants,**<br>**v.**<br>**WULF MANAGEMENT CORPORATION, MARK NELSON, and GREAT GRAPHX.COM, INC.,**<br>**Third-Party Respondents.** | **Case No. 00-CV-722 JMR/FLN**<br>**Chief Judge James M. Rosenbaum**<br>**Magistrate Judge Franklin L. Noel** |

**STIPULATION**

Plaintiff, Clarinda Color LLC, Defendants BW Acquisition Corporation, Beowulf Ltd., and Brian Nelson; and Third-Party Respondents Wulf Management Corporation, Mark Nelson, and Great Graphx.com, Inc., hereby stipulate as follows:

1. On April 29, 2005, Plaintiff Clarinda Color LLC ("Clarinda"), by and through its agent Household Commercial Financial Services, Inc.; Defendants BW Acquisition Corporation, Beowulf Ltd., and Brian Nelson; and Third-Party Respondents Wulf Management Corporation, Mark Nelson, and Great Graphx.com, Inc. (Clarinda, Defendants and Third-Party Respondents, collectively, the "Parties"), among others, entered into a Forbearance Agreement ("Agreement") under the terms of which Clarinda agreed to conditionally forbear from its pursuit of enforcement of the judgments entered herein, as well as the Motion for Contempt against Brian and Mark Nelson filed herein, among other matters, pursuant to fulfillment of certain terms of the Agreement by Defendants and Third Parties;

2. Pursuant to the terms of the Agreement, the Parties agreed that these proceedings would be stayed for one year from the date thereof, or until April 29, 2006, that the matter would be immediately dismissed without prejudice and that the Court would retain jurisdiction to enforce the terms of the Agreement through and including April 29, 2006.

**SO STIPULATED:**

**CLARINDA COLOR LLC**

By: ______________________
Its Attorneys

**BRIAN NELSON**

______________________

**BW ACQUISITION CORPORATION**

By: ______________________
Brian Nelson
Its Sole Shareholder, Director and Officer

**BEOWULF LTD.**

By: ______________________
Brian Nelson
Its President

**WULF MANAGEMENT CORPORATION**

By: ______________________
Brian Nelson
Its President

**MARK NELSON**

______________________

**GREAT GRAPHX.COM, INC.**

By: ______________________
Mark Nelson
Its Sole Shareholder, Director and Officer

*Stipulation Prepared by:*
Admitted *pro hac vice*:
Neal H. Levin, Esq. (IL #6203156)
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
(312) 360-6530

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, August 3, 2005, I caused a true and correct copy of the foregoing **Stipulation** to be filed electronically with the Clerk of Court through ECF and ECF will send an e-notice of the electronic filing to be served on all the ECF participants.

I further certify that a copy of the foregoing will also be served via U.S. Mail, postage pre-paid, upon:

Brian Nelson
2400 Bryant Ave S
Minneapolis, MN 55405

s/ Neal H. Levin
Neal H. Levin

Admitted *pro hac vice*:
Neal H. Levin, Esq. (IL #6203156)
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677

Local counsel:
Todd L. Gurstel, Esq. (#185619)
The Gurstel Law Firm, P.A.
401 N. Third Street, Suite 590
Minneapolis, Minnesota 55401
(612) 664-8200