UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-722(JMR/FLN)

| | | |
|---|---|---|
| Clarinda Color, LLC | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BW Acquisition et al. | ) | |

Plaintiff moves to reopen this matter pursuant to the Court's Order of May 20, 2005. Good cause having been shown, IT IS ORDERED that:

1. Plaintiff's motion is granted, and this matter is reopened. The Court receives and accepts the parties' stipulation [Docket No. 166].

2. The Court hereby retains jurisdiction through and including April 29, 2006, for the purpose of enforcing the terms of the Forbearance Agreement upon proper application to this Court.

Dated: August 10, 2005

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge